*HHN*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: ) | 08cv4235 |
| ) | **JUDGE KENNELLY** |
| Resource Technology Corporation, ) Dis | **MAG. JUDGE COX** |
| ) | |
| Debtor. ) | |
| ) | |
| Ungaretti & Harris, LLP, ) | Bankruptcy Case No. 99-35434 |
| ) | |
| Appellant ) | |
| ) | **FILED** |
| v. ) | J N 7-25-2008 |
| ) | JUL 2 5 2008 |
| Jay A. Steinberg, not Individually but ) | |
| Solely as Chapter 7 Trustee of the Estate ) | MICHAEL W. DOBBINS |
| of Resource Technology Corporation, ) | CLERK, U.S. DISTRICT COURT |
| ) | |
| Appellee ) | |

## EMERGENCY MOTION OF UNGARETTI & HARRIS, LLP TO STAY DISGORGEMENT PENDING RESOLUTION OF APPEAL

NOW COMES Ungaretti & Harris, LLP ("Ungaretti"), Appellant herein, by and through its attorneys, Bruce L. Wald, Jeffrey B. Rose and Natalia K. Rzepka of Tishler & Wald, Ltd., and for its Emergency Motion to Stay Disgorgement Pending Resolution of Appeal pursuant to Bankruptcy Rule 8005 and Local Rule 77.2, respectfully states as follows:

### BACKGROUND

1.      On June 17, 2008, this Bankruptcy Court entered an Order granting the Motion for Order Directing Disgorgement of Fees presented by Jay A. Steinberg, Not Individually but Solely as Chapter 7 Trustee for the Bankruptcy Estate of Resource Technology Corporation, ("Motion for Disgorgement"), Debtor herein.  The Motion for Disgorgement was based on §105 and §726 of the Bankruptcy Code.  A copy of the Order of disgorgement ("Disgorgement

Order") is attached hereto as **Exhibit A** and made a part hereof (Docket No. 4313). The Disgorgement Order required that U&H disgorge to the Chapter 7 Trustee the sum of $376,235.54 on or before July 18, 2008 ("Disgorgement Sum"). The Disgorgement Sum is comprised of $215,181.31 in out of pocket expenses and $161,054.23 in attorneys' fees, which themselves represent a mere 6% of the total attorneys' fees earned by U&H throughout the pendency of its representation of the Chapter 11 Trustee of Resource Technology Corporation.

2.      On or about June 26, 2008, Ungaretti filed its Notice of Appeal in regard to the Disgorgement Order. A copy of the Notice of Appeal is attached hereto as **Exhibit B** and made a part hereof.

3.      In light of the July 18, 2008 deadline for disgorgement, U&H filed its Motion to Stay Pending Appeal on July 8, 2008 and presented it to the Bankruptcy Court as required by Rule 8005 (Docket No. 4327). On July 15, 2008, Judge Wedoff denied U&H's request for a stay pending appeal (Docket No. 4333), stating that he had already gone over the disgorgement issue on repeated occasions. One business day after the deadline for disgorgement had passed, counsel for the Chapter 7 Trustee informed U&H's counsel that if disgorgement was not made, a motion to compel the disgorgement would be initiated by the Chapter 7 Trustee against U&H. The current deadline for the transmission of the Record on Appeal and Statement of Issues on Appeal to the District Court is set for August 5, 2008. Given the certainty that the Chapter 7 Trustee will move to compel disgorgement before August 5, 2008, the fact that the current deadline set for transmission of the record and statement of issues on appeal does not run until August 5, 2008, and the fact that U&H has been unable to obtain stay relief from the Bankruptcy Court which issued the Disgorgement Order, the presentation of this Motion for Stay Pending Appeal as an emergency, pursuant to Local Rule 77.2(a)(3), is required in order to avoid the serious and

irreparable harm which may result to U&H if a hearing on a stay pending appeal is not immediately held.

## ARGUMENT

4.    In determining whether to grant a stay pending appeal under Bankruptcy Rule 8005, a court must consider:  1) whether the appellant is likely to succeed on the merits of the appeal; 2) whether the appellant will suffer irreparable injury absent a stay; 3) whether a stay would substantially harm other parties in the litigation; and 4) whether a stay is in the public interest.  In Re Mader, 100 B.R. 989, 990 (Bankr. N.D. IL 1989)(See also In the Matter of Forty-Eight Insulations, Inc., 115 F.3d 1294, 1300 (7th Cir. 1997)).  A consideration of each of these factors indicates that the granting of a stay of the Disgorgement Order pending resolution of the Appeal is appropriate under the circumstances of this case.

### I. Ungaretti Has A Substantial Case on the Merits of Its Appeal

5.    As an initial matter, U&H need only show that it has a "substantial case on the merits" of its appeal in order to satisfy the first prong of the stay analysis.  Thomas v. City of Evanston, 636 F.Supp. 587, 590 (N.D. IL. 1986).  As the Thomas Court reasoned:

> The first factor, "likelihood of success, presents the most conceptual difficulty.  Obviously, we think an appeal will probably fail; we have reviewed our opinion and stand by it.  Had we thought an appeal would be successful, we would not have ruled as we did in the first place.  *But a party seeking a stay need not show that it is more than 50% likely to succeed on appeal; otherwise, no district court would ever grant a stay.  It is enough that the City have a substantial case on the merits.*  Id.  (Emphasis added).

6.    The Bankruptcy Court entered the Disgorgement Order pursuant to §105, which provides for the Court's authority to issue any order, process or judgment that is necessary or appropriate to carry out the provisions of the Code, and §726 of the Bankruptcy Code, which provides for distribution of property of the estate.  See Disgorgement Order previously attached

hereto as Exhibit A.   While §105 certainly provides the Bankruptcy Court with power to implement the provisions of the Code, §726 does not provide the authority to mandate disgorgement.  It simply mandates a pro rata distribution of a bankruptcy estate, containing no provision for adding property back to the estate.  In re Hyman Freightways, Inc., 2006 U.S. Dist. LEXIS 92206, *4 (U.S. Dist., MN 2006).  "By its terms, §726(b) concerns only the distribution of the estate.  It contains no provision for the collection, addition, or return of property of the estate.  The statute's plain language simply does not speak to the remedy of disgorgement.  Thus the bankruptcy court did not err in finding that the plain language of §726(b) does not require disgorgement."  Id. at *7.  Disgorgement of interim professional compensation is a matter of discretion.  Id.  Disgorgement is a harsh remedy that should only be applied in extreme situations and only when mandated by the equities of a case.  In re CHC Industries, Inc.  2006 Bankr. LEXIS 4468, *13 (Bankr. M.D. Fl. 2006)(citing In re LTV Steel Company, Inc., 288 B.R. 775, 779 (Bankr. N.D. Ohio 2002) and also citing In re Anolik, 207 B.R. 34, 39 (Bankr. D. Mass. 1997)).  Given the extreme nature of the disgorgement remedy and the circumstances of this case, the District Court is likely to find an abuse of discretion in the Disgorgement Order.

7.     A literal application of §726(b) would mandate disgorgement by all who had asserted claims and received payments in an administratively insolvent case.  However, few cases exist where a non-professional was ordered to disgorge payment because of subsequent administrative insolvency.  Anolik, 207 B.R. at 40 (Bankr. Mass. 1997)(Emphasis added).  After all, if an estate is administratively insolvent, a pro rata distribution would require every administrative claimant to disgorge payments they received.  The Anolik Court was troubled by this apparent double standard prevalent in administratively insolvent cases by noting as follows:

> ***Where disgorgement by any party is ordered, such disgorgement should not exceed the amount that would be required to achieve a pro rata distribution***

*assuming that all parties subject to disgorgement were ordered to relinquish funds, regardless of whether the court actually so ordered. A claimant required to disgorge should not suffer disproportionately simply because the court equitably waived disgorgement for another administrative claimant.  Court authorized professionals are not second-class service providers, nor does their function include the disproportionate subsidization of bankruptcy cases.*

Id. (Emphasis added).

8.    Ungaretti incurred almost $3 million dollars in fees and out of pocket costs during the course of its representation of the Bankruptcy Trustee.  It received payment of a mere $376,235.54 of the almost $3 million dollars it has incurred in this case which this Court has ordered be disgorged.  This figure represents only 6% of the fees it incurred and over $200,000 in actual out pocket expenses it paid in administering this Estate. Throughout the pendency of its representation of the Bankruptcy Trustee, Ungaretti rendered a substantial benefit to the bankruptcy estate for which, if the Disgorgement Order is given full effect, it will not have received any compensation.  Furthermore, over $200,000.00 of the sum to be disgorged, roughly 57%, is comprised of actual out of pocket costs incurred by Ungaretti in its representation of the Bankruptcy Trustee.  A copy of Ungaretti's Cost Detail, submitted in conjunction with its Fee Application, is attached hereto as **Exhibit C** and made a part hereof.  It is respectfully stated that requiring Ungaretti to disgorge the only payment it received for slightly under $3 million in fees and expenses it incurred in the context of representing the Bankruptcy Trustee is tantamount to forcing Ungaretti to disproportionately subsidize the bankruptcy case.

9.    Furthermore, requiring Ungaretti to disgorge $376,235.54, over $215,000.00 of which is comprised of costs advanced on behalf of the Bankruptcy Trustee renders an even more egregiously inequitable and disproportionate result.  The Sixth Circuit, despite upholding a disgorgement order, has held that disgorgement of a transcript fee would operate as a windfall to the bankruptcy estate.  In re Kisseberth, 273 F.3d 714, 722 (6th Cir. 2001). The Kisseberth Court

- 5 -

determined that because the transcript funds were never part of the estate due to the fact that they were advanced to the debtor's attorney on behalf of the debtor's as what was essentially a post petition loan and should therefore be allocated to the "entity that made such payment." Id. Analogously, disgorgement of the entire sum of $376,235.54, which includes over $215,000.00 of costs advanced on behalf of the Bankruptcy Trustee, would produce a windfall for the estate and must be excluded from any disgorgement. Given the inequitable result achieved by the Disgorgement Order and in view of the discretionary nature of awarding such a harsh remedy, it is respectfully stated that Ungaretti not only has a substantial case on the merits but is also likely to succeed on the merits of its appeal.

10.    Given the draconian impact of a complete loss of not only fees but also out of pocket costs paid out by U&H for the benefit of the RTC estate coupled with the discretionary nature of disgorgement, Ungaretti has a substantial case on the merits of its appeal. Courts faced with imparting a complete loss of fees and costs upon a law firm have exercised discretionary leniency in allowing at least a portion of fees and often all costs to be reimbursed, even in the face of attorneys failing to disclose their status as pre-petition creditors or other conflicts of interest. In re Diamond Mortgage Corporation of Illinois, 135 B.R. 78, 96 (Bankr. N.D. IL. 1990); In re Midway Industrial Contractors, Inc., 272 B.R. 651, 663-665 (Bankr. N.D. IL 2001). In Diamond Mortgage, the Bankruptcy Court for the Northern District of Illinois, faced with the possibility of disallowing attorney Platek's application for allowance of fees and expenses as a result of his failure to maintain a disinterested status and otherwise comply with the requirements of §328(c), determined that: "It would be inherently unfair to deprive him of all compensation and reimbursement because that would give these debtors a significant windfall." Diamond Mortgage, 135 B.R. at 96. The Court recognized that though it had ample justification to deny

Platek's fee request entirely, because his services provided benefit to the estate, a 60% reduction in fees and reducing reimbursement of expenses incurred from approximately $117,000 to $97,000 would be appropriate. Id. at 98-101. The Court determined that it would be inappropriate to reduce reimbursement of Platek's expenses by 60% because to do so would be unfair in light of the benefit those expenses provided to the debtor. Id. at 101.

11. In Midway Industrial, the Bankruptcy Court for the Northern District of Illinois reduced attorney Trittipo's fees by 44% but allowed reimbursement of all expenses incurred by him despite his non-disclosure of a contingency fee arrangement, stating: "It is unfair to reduce the reimbursement of the costs incurred by Trittipo." Midway Industrial, 272 B.R. at 665. While both Diamond Mortgage and Midway Industrial dealt with allowance of fees and expenses outside the context of disgorgement, each addressed the inequity involved in a complete disallowance of fees and costs. In the instant case, U&H has incurred slightly less than $3 million in fees and expenses throughout its representation of the Chapter 11 Trustee for which it will not have received any reimbursement from the RTC estate if the Disgorgement Order is given effect. The Bankruptcy Court abused its discretion in ordering a disgorgement of all fees and out of pocket costs incurred by U&H in representing the Chapter 11 Trustee. As such, U&H has a substantial case on the merits and is likely to succeed in its appeal making the imposition of a stay of disgorgement pending appeal appropriate.

### Ungaretti Will Suffer Irreparable Injury
### Absent a Stay of the Disgorgement Order

12. Absent a stay pending resolution of this appeal, Ungaretti will be forced to disgorge the only payment it has received throughout the course of over three years of representing the Bankruptcy Trustee. Ungaretti will have received no payment whatsoever despite having rendered valuable services and incurred costs which have provided a substantial

- 7 -

benefit to the bankruptcy estate. Absent a stay pending resolution of this appeal, Ungaretti will be left without any financial recourse whatsoever. In the event no stay is imposed pending appeal, the disgorged funds will likely be used to satisfy Chapter 7 fees, further compounding the irreparable injury to Ungaretti. If the disgorged funds are used to satisfy Chapter 7 fees and Ungaretti succeeds in this appeal, it will have no way of recovering any of the fees and expenses disgorged.

### A Stay Will Not Render Substantial Harm to Other Parties in the Litigation

13.    Ungaretti is a well-established, well respected law firm which is comprised of over one hundred attorneys. Ungaretti has budgeted the Disgorgement Sum as a line item in its financials. Accordingly, a stay of the Disgorgement Order pending resolution of this appeal will not render substantial harm to the other parties since funds will be available for disbursement should the District Court not rule in favor of Ungaretti. It is proposed that in light of the lack of substantial harm to the estate and the provision of the Disgorgement Sum in the budget of U&H, a bond pending resolution of this appeal is not necessary.

### A Stay of the Disgorgement Order Pending Resolution of this Appeal is In the Public Interest

14.    Disgorgement would have a chilling effect on a Chapter 11 bankruptcy trustee's ability to retain counsel thereby hindering the ability to maximize the return for all creditors involved since counsel would be reluctant to engage in representation knowing that he may not be compensated if the case is converted to a Chapter 7 and may even further risk foregoing all costs advanced in the representation. In re Chute, 235 B.R. 700, 702 (Bankr. E.D. Mass 1999)(holding that disgorgement of contingency fee and costs is inequitable and might have a chilling effect on trustee's ability to retain special counsel in the future where counsel stated that he would never have accepted the position of special counsel if the trustee revealed that there

was a chance he would be denied a major part of his fee, even if successful). Accordingly, a stay of the Disgorgement Order pending this appeal, which is likely to succeed on the merits, without which Ungaretti will suffer irreparable harm and which will not render substantial harm to the other parties to this litigation, is in the public interest and should be granted.

WHEREFORE, Ungaretti & Harris, LLP, Appellant herein, requests the entry of an Order staying the Disgorgement Order pending resolution of the appeal and for any other and further relief this Court deems appropriate.

Respectfully submitted,

UNGARETTI & HARRIS, LLP

/s/Bruce L. Wald
One of its Attorneys

Bruce L. Wald (ARDC No.2919095)
Jeffrey B. Rose (ARDC No.6186133)
Natalia K. Rzepka (ARDC No. 6278368)
TISHLER & WALD, LTD.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 876-3800

IN THE UNITED STATES BANKRUPTY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

RESOURCE TECHNOLOGY
CORPORATION,

                    Debtor.

Chapter 7
Case No. 99 B 35434

Hon. Eugene R. Wedoff

## ORDER DIRECTING DISGORGEMENT OF FEES

This matter coming before the Court on the Motion ("Motion") of the Estate of
Resource Technology Corporation (the "Estate"), by and through Jay A. Steinberg, not
individually but solely as Chapter 7 Trustee (the "Chapter 7 Trustee") for an Order
pursuant to 11 U.S.C. §§105 and 726 directing Ungaretti & Harris LLP ("Ungaretti") to
disgorge all fees paid to Ungaretti by the Estate. The Court finds notice to be sufficient
and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Ungaretti is directed to disgorge the sum of
$376,235.54 to the Chapter 7 Trustee for the benefit of the Estate within _____ days of
the entry of this Order.  on or before July 15, 2008.

Dated: 17 JUN 2008

ENTERED:

U.S. Bankruptcy Judge


EXHIBIT
A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILINOIS
### EASTERN DIVISION

In Re:                                          )
                                                )
Resource Technology Corporation,                )
                                                )   Case No. 99-35434
                     Debtor.                    )
                                                )   Hon. Eugene R. Wedoff
                                                )   U. S. Bankruptcy Court Judge

### NOTICE OF APPEAL

UNGARETTI & HARRIS, LLP, appeals to the District Court from the Order

Directing Disgorgement of Fees granted by this Bankruptcy Court on June 17, 2008 and

entered on the Bankruptcy Court Docket June 17, 2008, granting the Motion for Order

Directing Disgorgement Fees presented by Jay A. Steinberg, not Individually but Solely

As Chapter 7 Trustee for the Bankruptcy Estate of Resource Technology Corporation,

Debtor herein.

The parties to the Order appealed from, and the names, addresses and telephone

numbers of their respective attorneys, are as follows:


Ungaretti & Harris, LLP:          Bruce L. Wald
                                  Jeffrey B. Rose
                                  Natalia K. Rzepka
                                  Tishler & Wald, Ltd.
                                  200 S. Wacker Drive, Suite 3000
                                  Chicago, IL 60606
                                  (312) 876-3800
                                                     - AND -

                                  R. Scott Alsterda
                                  Ungaretti & Harris, LLP
                                  Three First National Plaza, Suite 3500
                                  Chicago, IL 60602
                                  (312) 977-4400



Estate of Resource Technology
Corporation/Jay A. Steinberg,
Chapter 7 Trustee:

Barry A. Chatz
Miriam R. Stein
Joy E. Levy
Arnstein & Lehr, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100

Dated: June 26, 2008
　　　Chicago, Illinois

UNGARETTI & HARRIS, LLP


By: _/s/ Bruce L. Wald_
　　　　　One of Their Attorneys


Bruce L. Wald (ARDC No. 02919095)
Jeffrey B. Rose (ARDC No. 06186133)
Natalia K. Rzepka (ARDC No. 06278368)
TISHLER & WALD, LTD.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 876-3800

2

## CERTIFICATE OF SERVICE

I, Bruce L. Wald, certify that on June 26, 2008, I caused a copy of the foregoing **Notice of Appeal** to be served upon all persons receiving notice via the Court's CM/ECF system. The Clerk of the United States Bankruptcy Court for the Northern District of Illinois will provide a copy of same to all non-electronic filers.

*/s/ Bruce L. Wald*

Bruce L. Wald (ARDC No. 02919095)
Jeffrey B. Rose (ARDC No. 06186133)
Natalia K. Rzepka (ARDC No. 06278368)
TISHLER & WALD, LTD.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 876-3800

EXHIBIT A-1

U&H's Chapter 11 Expenses-First Fee Application

8/23/03-8/18/05

($210,062.66)

743237-1



# UNGARETTI a HARRIS

**CHICAGO OFFICE:**
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 · Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| Statement Date: | September 30, 2003 |
| Statement No: | 8133088 |
| Client Number: | 1000585 |
| | GES |

Page 17

Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| 09/16/03 | Sullivan Reporting Company | $ 22.75 |
| 09/23/03 | Jackleen Defini | 61.00 |
| | **Total Court Reporter Costs** | 83.75 |
| 09/30/03 | Clerk Of The Court | 150.00 |
| | **Total Filing Fees/Registration Fees** | 150.00 |
| 09/15/03 | Lexis Computer Research | 501.46 |
| | **Total Lexis Computer Research** | 501.46 |
| 08/27/03 | International Sureties, Ltd; International Sureties, LTD - Premium on chapter 11 bond | 374.00 |
| | **Total Miscellaneous** | 374.00 |
| 09/08/03 | Inv #486100633; FedEx; 9/8/2003 | 27.17 |
| 09/22/03 | Inv #486182479; FedEx; 9/22/2003 | 12.62 |
| 09/29/03 | Inv #490822874; 9/29/2003; FedEx | 46.62 |
| 09/29/03 | Inv #490822874; 9/29/2003; FedEx | 68.76 |
| 09/29/03 | Inv #490822874; 9/29/2003; FedEx | 67.81 |
| | **Total Packaging / Federal Express / UPS Service** | 222.98 |
| 09/07/03 | Inv #106181; Chicago Messenger Service; 9/7/2003 | 8.19 |
| | **Total Packaging and Delivery Service** | 8.19 |
| 09/30/03 | Copying/Printing Expenses | 845.60 |
| | **Total Copying/Printing Expenses** | 845.60 |
| 09/04/03 | The Medleh Group | $ 361.22 |
| 09/08/03 | The Medleh Group | 345.60 |
| 09/08/03 | The Medleh Group | 9.00 |
| 09/18/03 | The Medleh Group | 1295.20 |
| 09/18/03 | The Medleh Group | 147.82 |
| 09/24/03 | Landmark Document Services | 1140.60 |
| | **Total Outside Copying/Printing Expenses** | 3,299.44 |
| 09/30/03 | Fax Transmissions | 726.75 |
| | **Total Fax Transmissions** | 726.75 |
| 09/30/03 | Legal Research | 4,097.57 |

# UNGARETTI
## ᎋ HARRIS

**CHICAGO OFFICE:**
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400  • Fax: 312.977.4405

TAXPAYER ID # 36-2909292
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| **Statement Date:** | September 30, 2003 |
| **Statement No:** | 6133088 |
| **Client Number:** | 1000585 |
| | **GES** |

Page 18

### Matter 012 -- Expenses

| Date | Costs and Other Charges | | Value |
|---|---|---|---|
| | | **Total Legal Research** | 4,097.57 |
| 09/30/03 | Long Distance Telephone Expenses | | 107.73 |
| | | **Total Long Distance Telephone Expenses** | 107.73 |
| 09/30/03 | Postage Expenses | | 23.05 |
| | | **Total Postage Expenses** | 23.05 |
| | **Total Costs and Other Charges for Expenses** | | $ 10,440.52 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

Statement Date:  October 31, 2003

Statement No:  8133089
Client Number:  1000685
                GES

Page 13

## Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|------|-------------------------|-------|
| 10/02/03 | Esquire Deposition Services | $ 1276.13 |
| 10/03/03 | Jackleen Defini | 505.00 |
| 10/07/03 | Esquire Deposition Services | 383.48 |
| 10/08/03 | Brown Reporting, Inc. | 1543.34 |
| 10/08/03 | Brown Reporting, Inc. | 485.68 |
| 10/29/03 | Esquire Deposition Services | 617.15 |
| | **Total Court Reporter Costs** | 4,810.78 |
| | | |
| 10/03/03 | Kathleen Champagne | 67.00 |
| | **Total Local Travel Expenses** | 67.00 |
| | | |
| 10/31/03 | Messenger Service | 20.00 |
| 10/31/03 | Messenger Service | 10.00 |
| | **Total Messenger Service** | 30.00 |
| | | |
| 10/14/03 | Gregg E. Szilagyi | 123.95 |
| 10/20/03 | Gregg E. Szilagyi | 734.95 |
| 10/23/03 | American Express | 1685.46 |
| | **Total Out-Of-Town Travel Expenses** | 2,544.36 |
| | | |
| 10/07/03 | Inv #490862194; 10/07/2003; FedEx | 167.16 |
| 10/14/03 | FedEx; 10/14/03 #490904413. | 139.57 |
| 10/14/03 | FedEx; 10/20/03; Inv#490945682. | 12.62 |
| 10/20/03 | FedEx; Inv #490945682; 10/20/2003 | 62.35 |
| 10/20/03 | FedEx; Inv #490945682; 10/20/2003 | 21.93 |
| | **Total Packaging / Federal Express / UPS Service** | 403.63 |
| | | |
| 10/05/03 | Inv #112423; 10/5/2003; Chicago Messenger Service | 12.60 |
| 10/05/03 | Inv #112423; 10/5/2003; Chicago Messenger Service | 12.60 |
| 10/19/03 | Chicago Messenger Service; Inv #116649; 10/19/2003 | 45.00 |
| 10/19/03 | Chicago Messenger Service; Inv #116649; 10/19/2003 | 12.60 |
| 10/26/03 | Chicago Messenger Service; Inv #118011; 10/26/2003 | 25.20 |
| 10/26/03 | Chicago Messenger Service; Inv #118011; 10/26/2003 | 6.30 |
| | **Total Packaging and Delivery Service** | 114.30 |
| | | |
| 10/31/03 | Copying/Printing Expenses | 1,933.80 |
| | **Total Copying/Printing Expenses** | 1,933.80 |
| | | |
| 10/03/03 | Cash | $ 12.00 |
| 10/03/03 | Cash | 1.50 |

# UNGARETTI
# & HARRIS

**CHICAGO OFFICE:**
3500 Three First National Plaza, Chicago, Illinois 60602-4285
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| **Statement Date:** | October 31, 2003 |
| **Statement No:** | 8133069 |
| **Client Number:** | 1000585 |
| | GES |

Page 14

Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| 10/13/03 | Loop Legal Copies | 12.38 |
| 10/15/03 | Global Legal Copy, Llc | 1202.10 |
| 10/19/03 | The Medich Group | 80.00 |
| | Total Outside Copying/Printing Expenses | 1,307.98 |
| | | |
| 10/31/03 | Fax Transmissions | 47.96 |
| | Total Fax Transmissions | 47.96 |
| | | |
| 10/31/03 | Legal Research | 4,680.27 |
| | Total Legal Research | 4,680.27 |
| | | |
| 10/31/03 | Long Distance Telephone Expenses | 87.84 |
| | Total Long Distance Telephone Expenses | 87.84 |
| | | |
| 10/31/03 | Postage Expenses | 20.04 |
| | Total Postage Expenses | 20.04 |
| | | |
| | Total Costs and Other Charges for Expenses | $ 16,047.96 |

# UNGARETTI ᴀ HARRIS

CHICAGO OFFICE
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone 312.977.4400 • Fax 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| Statement Date: | November 30, 2003 |
| Statement No: | 8133090 |
| Client Number: | 1000585 |
| | GES |

Page 15

Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| 11/05/03 | Lexis Computer Research | $ 17.38 |
| 11/30/03 | Lexis Computer Research | 313.92 |
| | Total Lexis Computer Research | 331.30 |
| 11/12/03 | Christopher Rexroat | 30.00 |
| 11/12/03 | Christopher Rexroat | 47.00 |
| 11/21/03 | Ross Kimbarovsky | 69.00 |
| | Total Local Travel Expenses | 146.00 |
| 11/21/03 | Ross Kimbarovsky | 21.36 |
| | Total Meal Expense | 21.36 |
| 11/10/03 | Gregg E. Szilagyi | 66.75 |
| 11/22/03 | American Express | 790.00 |
| | Total Out-Of-Town Travel Expenses | 856.75 |
| 11/03/03 | 11/03/03 FedEx; Invoice#495624167 | 47.48 |
| | Total Packaging / Federal Express / UPS Service | 47.48 |
| 11/02/03 | Chicago Messenger Service; Inv #119770; 11/02/2003 | 24.57 |
| 11/09/03 | Chicago Messenger Service Inv #121197; 11/09/2003 | 60.06 |
| 11/16/03 | Chicago Messenger Service Inv #122594; 11/16/2003 | 16.38 |
| 11/23/03 | 11/23/03 Chicago Messenger. | 8.19 |
| 11/30/03 | Chicago Messenger Inv #125232; 11/30/2003 | 8.19 |
| | Total Packaging and Delivery Service | 117.39 |
| 11/30/03 | Copying/Printing Expenses | 1,070.00 |
| | Total Copying/Printing Expenses | 1,070.00 |
| 11/04/03 | Cash | $ 4.00 |
| 11/04/03 | Landmark Document Services | 505.80 |
| 11/04/03 | The Medleh Group | 40.44 |
| | Total Outside Copying/Printing Expenses | 550.24 |
| 11/30/03 | Fax Transmissions | 56.25 |
| | Total Fax Transmissions | 56.25 |
| 11/30/03 | Legal Research | 8,193.14 |
| | Total Legal Research | 8,193.14 |

# UNGARETTI ᘒHARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| Statement Date: | November 30, 2003 |
| Statement No: | 8133090 |
| Client Number: | 1000585 |
| | GES |

Page 16

## Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| 11/30/03 | Long Distance Telephone Expenses | 98.93 |
| | Total Long Distance Telephone Expenses | 98.93 |
| 11/30/03 | Postage Expenses | 36.66 |
| | Total Postage Expenses | 36.66 |
| | Total Costs and Other Charges for Expenses | $ 11,525.50 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

Statement Date:    December 31, 2003

Statement No:     8133091
Client Number:    1000595
                  GES

Page 9

## Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|------|-------------------------|-------|
| 12/09/03 | Jackleen Defini | $ 16.00 |
| 12/19/03 | Sullivan Reporting Company | 19.50 |
| | **Total Court Reporter Costs** | 35.50 |
| 12/31/03 | Lexis Computer Research | 625.49 |
| | **Total Lexis Computer Research** | 625.49 |
| 12/31/03 | Messenger Service | 10.00 |
| | **Total Messenger Service** | 10.00 |
| 12/01/03 | FedEx Inv #495788580; 12/1/2003 | 9.66 |
| 12/22/03 | 12/22/03 Fedex; Invoice# 150512770 | 13.88 |
| | **Total Packaging / Federal Express / UPS Service** | 23.54 |
| 12/14/03 | Chicago Messenger Inv #128368; 12/14/2003 | 12.60 |
| 12/21/03 | Chicago Messenger Service; 12/21/2003 | 6.30 |
| 12/21/03 | Chicago Messenger Service; 12/21/2003 | 28.00 |
| 12/21/03 | 12/21/03 Chicago Messenger Service. | 19.50 |
| | **Total Packaging and Delivery Service** | 66.40 |
| 12/15/03 | Support Services | 0.00 |
| | **Total Support Services** | 0.00 |
| 12/31/03 | Copying/Printing Expenses | 484.70 |
| | **Total Copying/Printing Expenses** | 484.70 |
| 12/15/03 | The Medieh Group | $ 1009.73 |
| 12/16/03 | The Medieh Group | 24.00 |
| 12/18/03 | The Medieh Group | 2289.60 |
| | **Total Outside Copying/Printing Expenses** | 3,323.33 |
| 12/31/03 | Fax Transmissions | 19.80 |
| | **Total Fax Transmissions** | 19.80 |
| 12/31/03 | Legal Research | 6,945.10 |
| | **Total Legal Research** | 6,945.10 |
| 12/31/03 | Long Distance Telephone Expenses | 63.57 |
| | **Total Long Distance Telephone Expenses** | 63.57 |

# UNGARETTI ᵬ HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400  • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| Statement Date: | December 31, 2003 |
| Statement No: | 8133091 |
| Client Number: | 1000585 |
| | GES |

Page 10

## Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| 12/31/03 | Postage Expenses | 90.04 |
| | Total Postage Expenses | 90.04 |
| | Total Costs and Other Charges for Expenses | $ 11,687.47 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| Statement Date: | February 29, 2004 |
| Statement No: | 8132584 |
| Client Number: | 1000565 |
| | GES |

Page 13

Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| 01/08/04 | Cash | $ 23.00 |
| 01/21/04 | Melissa G. Melsher | 14.00 |
| | **Total Local Travel Expenses** | **37.00** |
| 01/08/04 | Freddies | 135.78 |
| 01/08/04 | Cash | 10.00 |
| | **Total Meal Expense** | **145.78** |
| 01/30/04 | Messenger Service | 10.00 |
| | **Total Messenger Service** | **10.00** |
| 02/13/04 | Susan G. Feibus | 649.20 |
| | **Total Out-Of-Town Travel Expenses** | **649.20** |
| 02/02/04 | FedEx Inv #155360256; 2/2/2004 | 12.34 |
| 02/02/04 | FedEx Inv #155360256; 2/2/2004 | 30.94 |
| 02/09/04 | FedEx Inv #160017962; 2/9/2004 | 16.00 |
| 02/09/04 | FedEx Inv #160017962; 2/9/2004 | 12.39 |
| 02/16/04 | FedEx Inv #160077054; 2/16/2004 | 16.00 |
| | **Total Packaging / Federal Express / UPS Service** | **87.67** |
| 01/18/04 | Chicago Messenger Service Inv #134931; 1/18/2004 | 16.38 |
| 02/08/04 | Chicago Messenger Service Inv #139371; 2/8/2004 | 8.19 |
| 02/15/04 | Chicago Messenger Inv #140769; 2/15/2004 | 16.38 |
| | **Total Packaging and Delivery Service** | **40.95** |
| 02/29/04 | Copying/Printing Expenses | 1,986.00 |
| | **Total Copying/Printing Expenses** | **1,986.00** |
| 01/08/04 | Sachnoff & Weaver, Ltd | $ 638.70 |
| 01/19/04 | Global Legal Copy, Llc | 223.26 |
| 01/19/04 | Global Legal Copy, Llc | 190.20 |
| 01/19/04 | Global Legal Copy, Llc | 94.55 |
| 01/19/04 | Global Legal Copy, Llc | 194.37 |
| 01/20/04 | R. Russell & Associates | 1392.70 |
| 01/22/04 | Deigan & Associates | 170.94 |
| 01/28/04 | Global Legal Copy, Llc | 151.96 |
| 01/29/04 | Global Legal Copy, Llc | 74.25 |
| | **Total Outside Copying/Printing Expenses** | **3,130.93** |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3800 Three First National Plaza, Chicago, Illinois 60602-4783
Telephone: 312.977.4400 · Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

**Statement Date:**  February 29, 2004

**Statement No:**  8132584
**Client Number:**  1000585
GES

Page 14

Matter 012 – Expenses

| Date | Costs and Other Charges | | Value |
|------|-------------------------|---|-------|
| 02/29/04 | Fax Transmissions | | 1,930.50 |
| | | Total Fax Transmissions | 1,930.50 |
| 02/29/04 | Legal Research | | 8,220.53 |
| | | Total Legal Research | 8,220.53 |
| 02/29/04 | Long Distance Telephone Expenses | | 185.22 |
| | | Total Long Distance Telephone Expenses | 185.22 |
| 02/29/04 | Postage Expenses | | 72.09 |
| | | Total Postage Expenses | 72.09 |
| | Total Costs and Other Charges for Expenses | | $ 16,495.87 |

# UNGARETTI ᴀ HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER I.D # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

Statement Date:  April 30, 2004

Statement No:  8133092
Client Number:  1000585
GES

Page 18

Matter 012 – Expenses

| Date | Costs and Other Charges | | Value |
|------|-------------------------|---|-------|
| 04/21/04 | Sullivan Reporting Company | | $ 26.00 |
| | | Total Court Reporter Costs | 26.00 |
| 04/20/04 | Federal Court/Pacer Research | | 0.00 |
| 04/20/04 | Federal Court/Pacer Research | | 0.00 |
| | | Total Federal Court/Pacer Research | 0.00 |
| 04/27/04 | Kathleen Champagne | | 33.37 |
| | | Total Local Travel Expenses | 33.37 |
| 04/26/04 | FedEx Inv #174469705; 4/26/2004 | | 19.92 |
| | | Total Packaging / Federal Express / UPS Service | 19.92 |
| 03/28/04 | Chicago Messenger Service Inv #149485; 3/28/2004 | | 21.19 |
| 04/25/04 | Chgo Messenger Service Inv #155208; 4/25/2004 | | 16.38 |
| | | Total Packaging and Delivery Service | 37.57 |
| 04/30/04 | Copying/Printing Expenses | | 1,731.40 |
| | | Total Copying/Printing Expenses | 1,731.40 |
| 04/15/04 | Schiff Hardin Llp | | $ 31.20 |
| | | Total Outside Copying/Printing Expenses | 31.20 |
| 04/30/04 | Fax Transmissions | | 1,586.25 |
| | | Total Fax Transmissions | 1,586.25 |
| 04/30/04 | Legal Research | | 4,586.37 |
| | | Total Legal Research | 4,586.37 |
| 04/30/04 | Long Distance Telephone Expenses | | 439.55 |
| | | Total Long Distance Telephone Expenses | 439.55 |
| 04/30/04 | Postage Expenses | | 111.23 |
| | | Total Postage Expenses | 111.23 |
| | Total Costs and Other Charges for Expenses | | $ 8,602.86 |

# UNGARETTI
## & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2907242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| **Statement Date:** | September 30, 2004 |
| **Statement No:** | 8133093 |
| **Client Number:** | 1000585 |
| | GES |

Page 26

### Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| 05/25/04 | Lisa A. Kotrba & Associates, Ltd | $ 1194.30 |
| 05/25/04 | Lisa A. Kotrba & Associates, Ltd | 859.80 |
| 06/23/04 | Sullivan Reporting Company | 16.25 |
| 06/29/04 | Lisa A. Kotrba & Associates, Ltd | 523.95 |
| 07/22/04 | Jackleen Defini | 22.00 |
| 07/28/04 | Sullivan Reporting Company | 17.00 |
| 08/02/04 | Esquire Deposition Services | 357.25 |
| 09/01/04 | Lisa A. Kotrba & Associates, Ltd | 394.90 |
| 09/01/04 | Lisa A. Kotrba & Associates, Ltd | 467.50 |
| 09/03/04 | Esquire Deposition Services | 649.62 |
| 09/07/04 | Sullivan Reporting Company | 13.60 |
| 09/24/04 | Absolute Reporters | 2840.50 |
| 09/24/04 | Absolute Reporters | 360.00 |
| 09/24/04 | Absolute Reporters | 319.50 |
| 09/24/04 | Absolute Reporters | 297.00 |
| 09/24/04 | Absolute Reporters | 207.00 |
| 09/24/04 | Absolute Reporters | 513.00 |
| 09/29/04 | Legalink Chicago | 83.90 |
| 09/30/04 | Jackleen Defini | 352.00 |
| | **Total Court Reporter Costs** | 9,489.07 |
| | | |
| 09/20/04 | International Power Machinery Co. | 3500.00 |
| | **Total Expert Fees** | 3,500.00 |
| | | |
| 07/28/04 | Csc | 172.00 |
| 07/28/04 | Csc | 646.00 |
| | **Total Filing Fees/Registration Fees** | 818.00 |
| | | |
| 05/31/04 | Lexis Computer Research | 204.61 |
| 06/04/04 | Lexis Computer Research | 449.09 |
| 07/26/04 | Lexis Computer Research | 1128.08 |
| | **Total Lexis Computer Research** | 1,781.78 |
| | | |
| 06/09/04 | Susan G. Feibus | 10.08 |
| 09/01/04 | Susan G. Feibus | 19.00 |
| 09/27/04 | Gregg E. Szilagyi | 61.43 |
| | **Total Meal Expense** | 90.51 |
| | | |
| 07/21/04 | Messenger Service | 10.00 |
| 08/11/04 | Messenger Service | 10.00 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-3909242
GES, as Trustee of Resource Technology Corporation (Legal)

Statement Date:    September 30, 2004

Statement No:    8133093
Client Number:   1000585
                 GES

Page 27

## Matter 012 -- Expenses

| Date | Costs and Other Charges | Value |
|------|-------------------------|------:|
| 08/31/04 | Messenger Service | 10.00 |
| 09/23/04 | Messenger Service | 10.00 |
| | **Total Messenger Service** | **40.00** |
| 06/30/04 | Iron Mountain Record Management; Record storage and retrieval for July 2004. | 100.86 |
| 07/31/04 | Iron Mountain Record Management; July 2004 Off Site Storage & Retrieval. | 96.09 |
| | **Total Miscellaneous** | **196.95** |
| 06/21/04 | Fedex Inv #183541189; 6/21/2004 | 15.69 |
| 06/28/04 | 6/28/04; Fedex; Invoice #188201117. | 15.18 |
| 07/05/04 | Fedex | 23.60 |
| 07/19/04 | Fedex Inv #188371947; 7/19/2004 | 30.33 |
| 08/09/04 | Fedex Inv #192944294; 8/9/2004 | 20.10 |
| | **Total Packaging / Federal Express / UPS Service** | **104.90** |
| 05/16/04 | 5/16/04 Chicago Messenger Service. | 8.19 |
| 05/23/04 | Chicago Messenger Service Inv #161123; 5/23/2004 | 8.19 |
| 05/30/04 | Chicago Messenger Service Inv #162485; 5/30/2004 | 32.76 |
| 06/27/04 | Chicago Messenger Service Inv #168211; 6/27/2004 | 8.19 |
| 06/27/04 | Chicago Messenger Service Inv #168211; 6/27/2004 | 16.38 |
| 07/02/04 | Chicago Messenger Service Inv #169837; 7/4/2004 | 19.11 |
| 07/02/04 | Chicago Messenger Service Inv #169837; 7/4/2004 | 24.44 |
| 07/11/04 | Chicago Messenger Service Inv #171045; 7/11/2004 | 8.19 |
| 07/11/04 | Chicago Messenger Service Inv #171045; 7/11/2004 | 8.19 |
| 07/18/04 | Chicago Messenger Service Inv #172399; 7/18/2004 | 16.38 |
| 07/25/04 | Chicago Messenger Service Inv #173746; 7/25/2004 | 13.00 |
| 08/01/04 | Chicago Messenger Service Inv #175409; 8/1/2004 | 8.19 |
| 08/08/04 | 8/8/04 Chicago Messenger Service. | 12.60 |
| 09/12/04 | 9/12/04 Chicago Messenger Service. | 16.38 |
| 09/19/04 | Chicago Messenger Service Inv #184980; 9/19/2004 | 16.38 |
| 09/26/04 | Chicago Messenger Service Inv #186373; 9/26/2004 | 8.19 |
| | **Total Packaging and Delivery Service** | **224.76** |
| 09/29/04 | Support Services | 0.00 |
| | **Total Support Services** | **0.00** |
| 09/30/04 | Copying/Printing Expenses | 9,457.60 |
| | **Total Copying/Printing Expenses** | **9,457.60** |
| 06/18/04 | The Medich Group | $ 236.88 |

# UNGARETTI &HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2009242
GES, as Trustee of Resource Technology Corporation (Legal)

Statement Date: September 30, 2004

Statement No: 8133093
Client Number: 1000585
GES

Page 28

Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| 06/18/04 | The Medich Group | 488.06 |
| 06/18/04 | Ikon Office Solutions | 268.88 |
| 06/22/04 | The Medich Group | 158.44 |
| 06/25/04 | The Medich Group; Fee for copying expense. | 162.20 |
| 06/25/04 | The Medich Group | 270.00 |
| 07/21/04 | The Medich Group | 932.58 |
| 08/16/04 | Clerk Of U.S. Bankruptcy Court | 150.00 |
| 08/26/04 | Loop Legal Copies | 595.82 |
| | Total Outside Copying/Printing Expenses | 3,262.86 |
| 09/30/04 | Fax Transmissions | 7,429.50 |
| | Total Fax Transmissions | 7,429.50 |
| 09/30/04 | Legal Research | 14,144.69 |
| | Total Legal Research | 14,144.69 |
| 09/30/04 | Long Distance Telephone Expenses | 935.85 |
| | Total Long Distance Telephone Expenses | 935.85 |
| 09/30/04 | Postage Expenses | 285.81 |
| | Total Postage Expenses | 285.81 |
| | Total Costs and Other Charges for Expenses | $ 51,762.28 |

# UNGARETTI
# & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 · Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | | |
|---|---|---|
| Statement Date: | December 31, 2004 | |
| Statement No: | 8133099 | |
| Client Number: | 1000585 | |
| | GES | |

Page 22

Matter 012 -- Expenses

| Date | Costs and Other Charges | | Value |
|---|---|---|---|
| 10/01/04 | Espiritu & Associates | | $ 229.35 |
| 10/04/04 | Legalink Chicago | | 305.30 |
| 10/21/04 | Jackleen Defini | | 64.00 |
| 11/10/04 | Jackleen Defini | | 150.00 |
| 11/15/04 | Jackleen Defini | | 618.00 |
| 12/01/04 | Jackleen Defini | | 115.00 |
| 12/17/04 | Jackleen Defini | | 90.00 |
| 12/22/04 | Jackleen Defini | | 40.00 |
| 12/28/04 | Absolute Reporters | | 729.50 |
| 12/28/04 | Absolute Reporters | | 574.50 |
| 12/28/04 | Absolute Reporters | | 531.00 |
| 12/28/04 | Absolute Reporters | | 432.00 |
| 12/28/04 | Absolute Reporters | | 1365.50 |
| | | Total Court Reporter Costs | 5,244.15 |
| 10/22/04 | Clerk Of Bankruptcy Court | | 150.00 |
| 11/16/04 | Clerk Of U.S. Bankruptcy Court | | 150.00 |
| 11/24/04 | Clerk Of Bankruptcy Court | | 150.00 |
| | | Total Filing Fees/Registration Fees | 450.00 |
| 10/19/04 | Cash | | 9.00 |
| 11/15/04 | Christopher Rexroat | | 20.00 |
| 11/17/04 | Thomas M. Duncan | | 41.40 |
| 11/24/04 | Thomas M. Duncan | | 193.60 |
| 12/06/04 | Thomas M. Duncan | | 200.00 |
| 12/20/04 | Thomas M. Duncan | | 242.40 |
| 12/22/04 | Thomas M. Duncan | | 240.00 |
| 12/24/04 | Christopher Rexroat | | 20.00 |
| 12/26/04 | Christopher Rexroat | | 20.00 |
| | | Total Local Travel Expenses | 986.40 |
| 12/29/04 | Susan G. Feibus | | 102.75 |
| | | Total Meal Expense | 102.75 |
| 10/22/04 | Messenger Service | | 10.00 |
| 11/11/04 | Messenger Service | | 10.00 |
| 12/03/04 | Messenger Service | | 10.00 |
| | | Total Messenger Service | 30.00 |
| 12/06/04 | Thomas M. Duncan | | 62.00 |

# UNGARETTI &HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| Statement Date: | December 31, 2004 |
| Statement No: | 8133099 |
| Client Number: | 1000586 |
| | GES |

Page 23

## Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| | Total Out-Of-Town Travel Expenses | 62.00 |
| 10/19/04 | Fedex Inv #780191464; 10/19/2004 | 19.76 |
| 10/26/04 | Fedex Inv #781435520; 10/26/2004 | 86.62 |
| 10/26/04 | Fedex Inv #781435520; 10/26/2004 | 22.44 |
| 10/28/04 | 11/1/04 Fedex; Invoice #782659155 | 10.13 |
| 10/29/04 | Fedex; Invoice #783842125; Invoice Date 11/8/04. | 8.38 |
| 11/04/04 | Fedex Inv #783842125; 11/8/2004 | 17.67 |
| 11/08/04 | Fedex Inv #785053925 Dated 11/15/2004 | 11.48 |
| 11/11/04 | Fedex Inv #785053925 Dated 11/15/2004 | 13.23 |
| 11/19/04 | Fedex Inv. 787517703 (11/29/04) From Kathleen Holper Champagne To David Lieberman. | 13.40 |
| 11/24/04 | Fedex | 15.93 |
| 11/30/04 | Fedex Inv #788560715; 12/6/2004 | 13.23 |
| 12/17/04 | Fedex Inv #792443314; 12/27/2004 | 36.19 |
| 12/17/04 | Fedex Inv #792443314; 12/27/2004 | 42.92 |
| | Total Packaging / Federal Express / UPS Service | 311.38 |
| 10/24/04 | Chicago Messenger Service Inv 192073; 10/24/2004 | 7.35 |
| 10/29/04 | Chicago Messenger Service Inv #193422; 10/31/2004 | 12.60 |
| 10/29/04 | Chicago Messenger Service Inv #193422; 10/31/2004 | 12.60 |
| 11/08/04 | Chicago Messenger Service Inv #196512; 11/14/2004 | 12.60 |
| 11/12/04 | Chicago Messenger Service Inv #196512; 11/14/2004 | 6.30 |
| 12/07/04 | Chicago Messenger Service Inv #201932; 12/12/2004 | 10.00 |
| 12/08/04 | Chicago Messenger Service Inv #201932; 12/12/2004 | 6.30 |
| 12/15/04 | Chicago Messenger Service Inv #203356; 12/19/2004 | 12.60 |
| 12/27/04 | Chgo Messenger Inv. 205858 - 01/05/05: Sent To: 227 W Monroe St, Chicago. | 12.60 |
| 12/27/04 | Chgo Messenger Inv. 205858 - 01/05/05: Sent To: 321 N Clark St, Chicago. | 12.60 |
| 12/27/04 | Chgo Messenger Inv. 205858 - 01/05/05: Sent To: 303 W Madison St, Chicago. | 12.60 |
| 12/28/04 | Chgo Messenger Inv. 205858 - 01/05/05: Sent To: 330 S Wells St, Chicago. | 12.60 |
| 12/29/04 | Chgo Messenger Inv. 205858 - 01/05/05: Sent To: 233 S Wacker Dr, Chicago. | 10.00 |
| | Total Packaging and Delivery Service | 140.75 |
| 11/13/04 | John D. Rea | 363.50 |
| 12/03/04 | John D. Rea | 517.00 |
| 12/03/04 | John D. Rea | 899.00 |
| | Total Service of Summons | 1,779.50 |
| 10/05/04 | Support Services | 0.00 |
| 10/21/04 | Support Services | 0.00 |

# UNGARETTI ɑ HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

**Statement Date:** December 31, 2004

**Statement No:** 8133099
**Client Number:** 1000585
GES

Page 24

Matter 012 – Expenses

| Date | Costs and Other Charges | | Value |
|------|------------------------|---|-------|
| 11/24/04 | Support Services | | 0.00 |
| 12/23/04 | Support Services | | 0.00 |
| | | Total Support Services | 0.00 |
| 11/19/04 | Weaver Bros Consultants | | 57.00 |
| 11/19/04 | Delaware Gas & Electric | | 41.00 |
| 11/19/04 | Michael May | | 41.00 |
| 11/19/04 | Loop Properties, Inc. | | 41.00 |
| 11/19/04 | Richard Nichols | | 41.00 |
| 11/19/04 | Kevin Werner | | 41.00 |
| 11/19/04 | Elizabeth Sharp | | 41.00 |
| 11/19/04 | John Connolly | | 41.00 |
| 11/19/04 | Loop Corporation | | 41.00 |
| 12/08/04 | John Connolly | | 41.00 |
| | | Total Witness Fees/Expenses | 426.00 |
| 12/31/04 | Copying/Printing Expenses | | 4,879.10 |
| | | Total Copying/Printing Expenses | 4,879.10 |
| 10/26/04 | Ikon Office Solutions | | $ 57.50 |
| 10/29/04 | Clerk Of U.S. Bankruptcy Court | | 150.00 |
| 11/24/04 | Reliable Copy Service, Inc. | | 902.07 |
| 12/10/04 | Ikon Office Solutions | | 253.96 |
| 12/20/04 | The Medich Group | | 1108.20 |
| | | Total Outside Copying/Printing Expenses | 2,471.73 |
| 12/31/04 | Fax Transmissions | | 1,967.50 |
| | | Total Fax Transmissions | 1,967.50 |
| 12/31/04 | Legal Research | | 11,145.88 |
| | | Total Legal Research | 11,145.88 |
| 12/31/04 | Long Distance Telephone Expenses | | 2,122.29 |
| | | Total Long Distance Telephone Expenses | 2,122.29 |
| 12/31/04 | Postage Expenses | | 423.11 |
| | | Total Postage Expenses | 423.11 |
| | Total Costs and Other Charges for Expenses | | $ 32,542.54 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909282
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| **Statement Date:** | February 28, 2005 |
| **Statement No:** | 8133100 |
| **Client Number:** | 1000565 |
| | GES |

Page 21

Matter 012 – Expenses

| Date | Costs and Other Charges | | Value |
|---|---|---|---|
| 01/06/05 | Jackleen Defini | | $ 1560.00 |
| 01/14/05 | Absolute Reporters | | 666.00 |
| 01/26/05 | Lisa A. Kotrba & Associates, Ltd | | 415.85 |
| 01/26/05 | Lisa A. Kotrba & Associates, Ltd | | 363.75 |
| 02/07/05 | Jackleen Defini | | 55.00 |
| 02/08/05 | Esquire Deposition Services | | 296.79 |
| 02/08/05 | Esquire Deposition Services | | 448.13 |
| 02/09/05 | Jackleen Defini | | 54.00 |
| 02/09/05 | Eastwood-stein Deposition Services | | 143.75 |
| 02/17/05 | Jackleen Defini | | 10.00 |
| 02/18/05 | Absolute Reporters | | 361.80 |
| 02/22/05 | Lisa A. Kotrba & Associates, Ltd | | 423.00 |
| 02/24/05 | Jackleen Defini | | 22.00 |
| | | Total Court Reporter Costs | 4,820.07 |
| 01/12/05 | Gregg E. Szilagyi | | 86.80 |
| 01/31/05 | Christopher Rexroat | | 21.00 |
| | | Total Local Travel Expenses | 107.80 |
| 02/04/05 | Messenger Service | | 10.00 |
| | | Total Messenger Service | 10.00 |
| 01/06/05 | Freddies | | 94.39 |
| | | Total Miscellaneous | 94.39 |
| 02/08/05 | Gregg E. Szilagyi | | 127.10 |
| | | Total Out-Of-Town Travel Expenses | 127.10 |
| 01/10/05 | Fedex Inv. 795924596 (01/10/05); From Gregg Szkagyi To Keith Conner. | | 41.39 |
| 01/14/05 | Fedex Inv. 797144540 (01/14/05); From Michelle Graham To John F. Young. | | 35.86 |
| 01/18/05 | Fedex Inv. 797144540 (01/18/05); From Michelle Graham To John F. Young. | | 52.83 |
| 01/21/05 | Fedex Inv. #798380324 - 01/31/05; Sent From Michelle Graham To Debra Mathewson At Energy Services Organization. | | 9.90 |
| 01/24/05 | Fedex Inv. #798380324 - 01/31/05; Sent From K Champagne To Elizabeth Polando At Chief Clerk. | | 25.18 |
| 02/04/05 | Fedex Inv. # 536880911 - 02/14/05; Sent From Candy Graham To Brian G. Humenesky At Solar Turbines, Inc. | | 12.42 |
| 02/08/05 | Fedex Inv. # 536880911 - 02/14/05; Sent From Michelle Graham To Mary Bacon At Ewing Bemiss & Co. | | 12.82 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| Statement Date: | February 28, 2005 |
| Statement No: | 6133100 |
| Client Number: | 1000585 |
| | GES |

Page 22

## Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| 02/28/05 | Fedex Inv. # 540637387 - 03/07/05; Sent From Kathleen Holper Champagne To Elizabeth A. Rolando At Illinois Commerce Commission. | 15.23 |
| | **Total Packaging / Federal Express / UPS Service** | 205.63 |
| 02/02/05 | Chicago Messenger Service Inv #212604 (02/09/05); Delivery To Phillipino At E Wacker Dr. | 6.30 |
| 02/10/05 | Chicago Messenger Service Inv. #214138 (02/16/05); Sent To Saganov And Weaver At 20 S Wacker Dr, Chicago | 10.00 |
| 02/15/05 | Chicago Messenger Service Inv. #215465 (02/23/05); Sent To Robins & At 300 S Wacker Dr, Chicago | 14.70 |
| 02/23/05 | Chicago Messenger Service Inv. #216827 (03/02/05); Sent To Popwoer Kappen Ltd At 35 E Wacker Dr, Chicago | 12.60 |
| 02/28/05 | Chicago Messenger Service Inv. #218457 (03/09/05); Sent To Il Conference Commission At 160 N La Salle St, Chicago | 12.60 |
| | **Total Packaging and Delivery Service** | 56.20 |
| 01/03/05 | John D. Rea | 786.00 |
| 02/02/05 | John D. Rea | 756.00 |
| | **Total Service of Summons** | 1,542.00 |
| 02/14/05 | Support Services | 0.00 |
| 02/15/05 | Support Services | 0.00 |
| | **Total Support Services** | 0.00 |
| 02/28/05 | Copying/Printing Expenses | 3,650.10 |
| | **Total Copying/Printing Expenses** | 3,650.10 |
| 01/10/05 | Clerk Of Bankruptcy Court | $ 150.00 |
| 01/13/05 | The Medleh Group | 441.28 |
| 01/14/05 | The Medleh Group | 271.82 |
| 01/14/05 | The Medleh Group | 286.55 |
| 01/18/05 | The Medleh Group | 8.76 |
| 01/20/05 | Ikon Office Solutions | 211.14 |
| | **Total Outside Copying/Printing Expenses** | 1,369.55 |
| 01/19/05 | The Medleh Group | 84.00 |
| 02/17/05 | Aro Business Services | 63.72 |
| | **Total Outside Copying/Printing Expenses** | 147.72 |
| 02/28/05 | Fax Transmissions | 282.48 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

Statement Date:    February 28, 2006

Statement No:    8133100
Client Number:    1000655
GES

Page 23

## Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|------|-------------------------|-------|
| | Total Fax Transmissions | 282.48 |
| 02/28/05 | Legal Research | 10,846.79 |
| | Total Legal Research | 10,846.79 |
| 02/28/05 | Long Distance Telephone Expenses | 792.56 |
| | Total Long Distance Telephone Expenses | 792.56 |
| 02/28/05 | Postage Expenses | 278.64 |
| | Total Postage Expenses | 278.64 |
| | **Total Costs and Other Charges for Expenses** | **$ 24,331.03** |

# UNGARETTI ᗄ HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4293
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-7809242
GE8, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| **Statement Date:** | March 31, 2005 |
| **Statement No:** | 8133097 |
| **Client Number:** | 1000585 |
| | GE8 |

Page 15

---

Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|------|-------------------------|-------|
| 03/01/05 | Jackleen Defini | $ 536.00 |
| 03/09/05 | Jackleen Defini | 52.00 |
| 03/11/05 | Absolute Reporters | 657.00 |
| | **Total Court Reporter Costs** | **1,245.00** |
| | | |
| 03/24/05 | American Express | 24.00 |
| 03/28/05 | John T. Ruskusky | 35.55 |
| | **Total Local Travel Expenses** | **59.55** |
| | | |
| 03/01/05 | J. Newbold - Office Of Ag | 10.00 |
| 03/23/05 | J. Feeley - Icc | 10.00 |
| 03/23/05 | T. Hilliard - Icc | 10.00 |
| | **Total Messenger Service** | **30.00** |
| | | |
| 03/02/05 | Fedex Inv. # 543140876 - 03/21/05; Sent From Kathleen Holper Champagne To Kathleen Holper Champagne At Ungaretti & Harris. | 11.30 |
| 03/08/05 | Fedex Inv. # 541916740 - 03/14/05; Sent From Michelle Graham To James Markus At Block Markus Williams. | 12.94 |
| 03/23/05 | Fedex Invoice 544380307 (03/28/05); Sent From S Feibus To Elizabeth Roland At Chief Clekr | 15.37 |
| 03/24/05 | Fedex Invoice 546738432 (04/11/05); Sent From Chief Clerk To Susan Feibus At Ungaretti & Harris | 11.40 |
| 03/30/05 | Fedex Invoice 545502516 (04/04/05); Sent From Michelle Graham To Xxx Xxx At Polar Service Center | 17.37 |
| | **Total Packaging / Federal Express / UPS Service** | **68.38** |
| | | |
| 03/01/05 | Chicago Messenger Service Inv. #218457 (03/09/05); Sent To Popowcer At 35 E Wacker Dr, Chicago | 12.60 |
| 03/01/05 | Chicago Messenger Service Inv. #218457 (03/09/05); Sent To Popowcer At 35 E Wacker Dr, Chicago | 12.60 |
| 03/08/05 | Chicago Messenger Service Inv. #219808 (03/16/05); Sent To Novak & Macy At 303 W Madison St, Chicago | 12.60 |
| 03/08/05 | Chicago Messenger Service Inv. #219808 (03/16/05); Sent To United States Trustee At 227 W Monroe St, Chicago | 12.60 |
| 03/08/05 | Chicago Messenger Service Inv. #219808 (03/16/05); Sent To Seyfarth Shaw At 55 E Monroe St, Chicago | 12.60 |
| 03/08/05 | Chicago Messenger Service Inv. #219808 (03/16/05); Sent To Schiff & Harding At 233 S Wacker Dr, Chicago | 12.60 |
| | **Total Packaging and Delivery Service** | **75.60** |

# UNGARETTI ℲHARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | | |
|---|---|---|
| Statement Date: | March 31, 2005 | |
| Statement No: | 8133097 | |
| Client Number: | 1000585 | |
| | GES | |

Page 16

Matter 012 – Expenses

| Date | Costs and Other Charges | | Value |
|---|---|---|---|
| 03/04/05 | John D. Rea | | 971.00 |
| | | Total Service of Summons | 971.00 |
| 03/15/05 | Support Services | | 0.00 |
| | | Total Support Services | 0.00 |
| 03/09/05 | Sonya Levoy | | 67.54 |
| 03/10/05 | Richard Nichols | | 57.82 |
| 03/10/05 | Sonya Levoy | | 68.42 |
| | | Total Witness Fees/Expenses | 193.78 |
| 03/31/05 | Copying/Printing Expenses | | 1,280.40 |
| | | Total Copying/Printing Expenses | 1,280.40 |
| 03/03/05 | Cash | | $ 4.50 |
| 03/10/05 | Cash | | 27.50 |
| | | Total Outside Copying/Printing Expenses | 32.00 |
| 03/31/05 | Fax Transmissions | | 600.16 |
| | | Total Fax Transmissions | 600.16 |
| 03/31/05 | Legal Research | | 5,450.22 |
| | | Total Legal Research | 5,450.22 |
| 03/31/05 | Long Distance Telephone Expenses | | 649.39 |
| | | Total Long Distance Telephone Expenses | 649.39 |
| 03/31/05 | Postage Expenses | | 142.55 |
| | | Total Postage Expenses | 142.55 |
| | | Total Costs and Other Charges for Expenses | $ 10,798.03 |

# UNGARETTI
## ᴇɪHARRIS

**CHICAGO OFFICE:**
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

Statement Date:    April 30, 2005

Statement No:      8133096
Client Number:     1000585
                   GES

Page 13

Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|------|------------------------|-------|
| 04/22/05 | Absolute Reporters | $ 417.00 |
| | **Total Court Reporter Costs** | **417.00** |
| 04/08/05 | Clerk Of U.S. Bankruptcy Court; Motion to Stay | 150.00 |
| 04/11/05 | Corp-link Services, Inc. | 270.50 |
| | **Total Filing Fees/Registration Fees** | **420.50** |
| 04/20/05 | Gregg E. Szilagyi | 26.00 |
| | **Total Local Travel Expenses** | **26.00** |
| 04/20/05 | Gregg E. Szilagyi | 602.96 |
| | **Total Out-Of-Town Travel Expenses** | **602.96** |
| 04/06/05 | Fedex Invoice 546738432 (04/11/05); Sent From Gregg E Szilagyi To Jeremy Kokemore At Ewing & Bemiss & Co | 12.94 |
| 04/08/05 | Fedex Invoice 547935447 (04/18/05); Sent From Michelle Graham To Gregg E. Szilagyi | 29.11 |
| 04/14/05 | Fedex Invoice 547935447 (04/18/05); Sent From Michelle Graham To Mary Bacon At Ewing Bemiss & Co. | 40.63 |
| | **Total Packaging / Federal Express / UPS Service** | **82.68** |
| 04/05/05 | Chicago Messenger Service Inv. #225375 (04/13/05); Sent To Resource Tech At 330 S Wells St, Chicago | 12.60 |
| 04/07/05 | Chicago Messenger Service Inv. #225375 (04/13/05); Sent To Resource Tech At 330 S Wells St, Chicago | 12.60 |
| | **Total Packaging and Delivery Service** | **25.20** |
| 04/04/05 | John D. Rea | 1330.50 |
| | **Total Service of Summons** | **1,330.50** |
| 04/30/05 | Copying/Printing Expenses | 541.00 |
| | **Total Copying/Printing Expenses** | **541.00** |
| 04/14/05 | The Medleh Group | $ 331.93 |
| | **Total Outside Copying/Printing Expenses** | **331.93** |
| 04/30/05 | Fax Transmissions | 1,091.64 |
| | **Total Fax Transmissions** | **1,091.64** |
| 04/30/05 | Legal Research | 614.91 |

# UNGARETTI
## ᴄ HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312 977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | | |
|---|---|---|
| Statement Date: | April 30, 2005 | |
| Statement No: | 8133096 | |
| Client Number: | 1000585 | |
| | GES | |

Page 14

Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| | **Total Legal Research** | **614.91** |
| 04/30/05 | Long Distance Telephone Expenses | 130.90 |
| | **Total Long Distance Telephone Expenses** | **130.90** |
| 04/30/05 | Postage Expenses | 99.74 |
| | **Total Postage Expenses** | **99.74** |
| | **Total Costs and Other Charges for Expenses** | **$ 5,714.96** |

# UNGARETTI & HARRIS

**CHICAGO OFFICE:**
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| Statement Date: | May 31, 2005 |
| --- | --- |
| Statement No: | 8133094 |
| Client Number: | 1000585 |
| | GES |

Page 12

Matter 012 – Expenses

| Date | Costs and Other Charges | | Value |
| --- | --- | --- | --- |
| 05/27/05 | Corp-link Services, Inc. | $ 101.50 | |
| | Total Corporate Agent Fees | | 101.50 |
| 05/24/05 | Christopher Rexroat | 20.00 | |
| | Total Local Travel Expenses | | 20.00 |
| 05/17/05 | Fedex Invoice 384072316 (05/23/05); Sent From Michelle Graham To Eugenia Gann At Alabama Power Company | 12.89 | |
| 05/31/05 | Fedex Invoice 386315453 (06/06/05); Sent From Michelle Graham To Arthur A. Daniels, President At Sexton Companies | 10.12 | |
| 05/31/05 | Fedex Invoice 386315453 (06/06/05); Sent From Michelle Graham To City Hall At City Of Peoria | 10.12 | |
| | Total Packaging / Federal Express / UPS Service | | 33.13 |
| 05/13/05 | Chicago Messenger Service Inv. #232222 (05/18/05); Sent To Resource Tech At 330 S Wells St, Chicago | 12.60 | |
| 05/16/05 | Chicago Messenger Service Inv. #233546 (05/25/05); Sent To Resource Tech At 330 S Wells St, Chicago | 6.30 | |
| 05/27/05 | Chicago Messenger Service Inv. #234834 (06/01/05); Sent To Research Technology At 330 S Wells St, Chicago | 6.30 | |
| | Total Packaging and Delivery Service | | 25.20 |
| 05/31/05 | Copying/Printing Expenses | 77.90 | |
| | Total Copying/Printing Expenses | | 77.90 |
| 05/31/05 | Fax Transmissions | 194.48 | |
| | Total Fax Transmissions | | 194.48 |
| 05/31/05 | Legal Research | 31.52 | |
| | Total Legal Research | | 31.52 |
| 05/31/05 | Long Distance Telephone Expenses | 112.20 | |
| | Total Long Distance Telephone Expenses | | 112.20 |
| 05/31/05 | Postage Expenses | 8.36 | |
| | Total Postage Expenses | | 8.36 |
| | Total Costs and Other Charges for Expenses | | $ 604.29 |

# UNGARETTI
## &HARRIS

**CHICAGO OFFICE:**
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| Statement Date: | July 31, 2005 |
| Statement No: | 8133095 |
| Client Number: | 1000585 |
| | GES |

Page 16

Matter 012 – Expenses

| Date | Costs and Other Charges | | Value |
|------|------------------------|---|-------|
| 06/30/05 | Clerk Of U.S. Bankruptcy Court | | $ 255.00 |
| | | Total Court Costs | 255.00 |
| 07/26/05 | Jackleen Defini | | 100.00 |
| 07/26/05 | Sullivan Reporting Company | | 112.20 |
| | | Total Court Reporter Costs | 212.20 |
| 07/03/05 | Christopher Rexroat | | 20.00 |
| 07/28/05 | Christopher Rexroat | | 20.00 |
| | | Total Local Travel Expenses | 40.00 |
| 06/20/05 | To: John Feeley; Icc | | 10.00 |
| 06/20/05 | To: Terrence Hilliard; Icc | | 10.00 |
| 06/22/05 | To: John Feeley; Icc | | 10.00 |
| 06/22/05 | To: Terrence Hilliard; Icc | | 10.00 |
| 06/30/05 | Messenger Service | | 10.00 |
| 06/30/05 | Messenger Service | | 10.00 |
| | | Total Messenger Service | 60.00 |
| 06/01/05 | Fedex Invoice 386315453 (06/06/05); Sent From Michelle Graham To C/O Jp Morgan Chase Bank At Solar Turbines | | 13.30 |
| 06/14/05 | Fedex Invoice 388751308 (06/20/05); Sent From Michelle Graham To Alex Moglia | | 10.12 |
| 06/20/05 | Fedex Invoice 389965730 (06/27/05); Sent From Susan G. Feibus To Elizabeth Rolando, Chief Clerk At Illinois Commerce Commission | | 15.80 |
| 06/20/05 | Fedex Invoice 389965730 (06/27/05); Sent From Kathleen Champagne To Kathleen Champagne | | 14.10 |
| 06/21/05 | Fedex Invoice 389965730 (06/27/05); Sent From Elizabeth Rolando, Chief Clerk To Susan G. Feibus At Ungaretti And Harris, Llp | | 45.60 |
| 06/22/05 | Fedex Invoice 389965730 (06/27/05); Sent From Susan G. Feibus To Elizabeth Rolando, Chief Clerk At Illinois Commerce Commission | | 15.80 |
| 06/23/05 | Fedex Invoice 389965730 (06/27/05); Sent From Michelle Graham To David Slunikler At Illinois Glare Co. | | 10.12 |
| 06/24/05 | Fedex Invoice 391122890 (07/04/05); Sent From Elizabeth Rolando, Chief Clerk To Susan G. Feibus At Ungaretti And Harris, Llp | | 47.60 |
| 06/30/05 | Fedex Invoice 391122890 (07/04/05); Sent From Michelle Graham To Xx Xx At Superior Petroleum Products, I | | 8.69 |
| 06/30/05 | Fedex Invoice 391122890 (07/04/05); Sent From Susan G. Feibus To Elizabeth Rolando, Chief Clerk At Illinois Commerce Commission | | 15.80 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| **Statement Date:** | July 31, 2005 |
| **Statement No:** | 8133095 |
| **Client Number:** | 1000585 |
| | GES |

Page 17

## Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| 07/08/05 | Fedex Invoice 393404100 (07/18/05); Sent From Elizabeth Rolando, Chief Clerk To Susan G. Feibus At Ungaretti And Harris, Llp | 45.20 |
| 07/21/05 | Fedex Invoice 394602682 (07/25/05); Sent From Kathleen Holper Champagne To Hon. Gene L. Nottolini At Kane County Courthouse | 7.58 |
| 07/21/05 | Fedex Invoice 394602682 (07/25/05); Sent From Kathleen Holper Champagne To Circuit Clerk Of Kane County | 9.09 |
| 07/22/05 | Fedex Invoice 550789382 (08/01/05); Sent From Circuit Clerk Of Kane County To Kathleen Holper Champagne At Ungaretti & Harris Llp | 46.88 |
| | **Total Packaging / Federal Express / UPS Service** | **305.68** |
| 06/10/05 | Chicago Messenger Service Inv. #237680 (06/15/05); Sent To Research Technology At 330 S Wells St, Chicago | 12.60 |
| 06/24/05 | Chicago Messenger Service Inv. #240207 (06/29/05); Sent To Main Po At 433 W Harrison St, Chicago | 27.53 |
| 07/12/05 | Chicago Messenger Service Inv. #244184 (07/20/05); Sent To Robinson At 300 S Wacker Dr, Chicago | 7.35 |
| 07/14/05 | Chicago Messenger Service Inv. #244184 (07/20/05); Sent To Office Of United States Trust At 227 W Monroe St, Chicago | 6.30 |
| 07/18/05 | Chicago Messenger Service Inv. #245422 (07/27/05); Sent To Robinson Curly Clayton At 300 S Wacker Dr, Chicago | 33.10 |
| 07/21/05 | Chicago Messenger Service Inv. #245422 (07/27/05); Sent To Robbins At 300 S Wacker Dr, Chicago | 30.00 |
| 07/27/05 | Chicago Messenger Service Inv. #236327 (08/03/05); Sent To Schiff Hardin At Sears Tower, Chicago | 12.60 |
| | **Total Packaging and Delivery Service** | **129.48** |
| 06/24/05 | Support Services | 0.00 |
| 06/24/05 | Support Services | 0.00 |
| 07/12/05 | Support Services | 0.00 |
| | **Total Support Services** | **0.00** |
| 07/31/05 | Copying/Printing Expenses | 2,789.90 |
| | **Total Copying/Printing Expenses** | **2,789.90** |
| 07/31/05 | Fax Transmissions | 448.80 |
| | **Total Fax Transmissions** | **448.80** |
| 07/31/05 | Legal Research | 1,442.77 |
| | **Total Legal Research** | **1,442.77** |
| 07/31/05 | Long Distance Telephone Expenses | 96.90 |

# UNGARETTI
## ᴇ HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

| | |
|---|---|
| Statement Date: | July 31, 2005 |
| Statement No: | 8133095 |
| Client Number: | 1000585 |
| | GES |

Page 18

Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| | Total Long Distance Telephone Expenses | 96.90 |
| 07/31/05 | Postage Expenses | 1,053.76 |
| | Total Postage Expenses | 1,053.76 |
| | **Total Costs and Other Charges for Expenses** | **$ 6,834.49** |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
GES, as Trustee of Resource Technology Corporation (Legal)

Statement Date:    August 18, 2005

Statement No:      8133098
Client Number:     1000585
                   GES

Page 8

Matter 012 – Expenses

| Date | Costs and Other Charges | | Value |
|------|-------------------------|---|-------|
| 08/15/05 | Jackleen Defini | | $ 160.00 |
| | | Total Court Reporter Costs | 160.00 |
| 08/05/05 | Chicago Messenger Service Inv. #248260 (08/10/05); Sent To Resource Tech At 330 S Wells St, Chicago | | 12.60 |
| 08/10/05 | Chicago Messenger Service Inv. #249533 (08/18/05); Sent To Robinson At 300 S Wacker Dr, Chicago | | 7.35 |
| 08/11/05 | Chicago Messenger Service Inv. #249533 (08/18/05); Sent To Research Technology At 330 S Wells St, Chicago | | 6.30 |
| | | Total Packaging and Delivery Service | 26.25 |
| 08/18/05 | Copying/Printing Expenses | | 131.10 |
| | | Total Copying/Printing Expenses | 131.10 |
| 08/18/05 | Fax Transmissions | | 901.08 |
| | | Total Fax Transmissions | 901.08 |
| 08/18/05 | Legal Research | | 1,456.43 |
| | | Total Legal Research | 1,456.43 |
| | Total Costs and Other Charges for Expenses | | $ 2,674.86 |

# EXHIBIT A-2

## U&H's Chapter 11 Expenses-Final Fee Application

## 8/19/05-9/20/05

## ($5,118.65)

743237-1



**UNGARETTI**
**& HARRIS**

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2989742
GES, as Trustee of Resource Technology Corporation (Legal)

Statement Date:     December 31, 2005

Statement No:       8137387
Client Number:      1000585
                    GES

Page 10

Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|------|-------------------------|-------|
| 08/22/05 | Benuska Reporting | $ 627.50 |
| 09/02/05 | Absolute Reporters | 806.00 |
| 09/29/05 | Jackleen DeFini | 956.00 |
| | **Total Court Reporter Costs** | 2,389.50 |
| 09/22/05 | Federal Court/Pacer Research | 3.08 |
| | **Total Federal Court/Pacer Research** | 3.08 |
| 09/16/05 | Jackson Walker L.L.P. | 391.00 |
| | **Total Local Counsel Fees/Expenses** | 391.00 |
| 08/30/05 | Meeting Expense | 10.50 |
| 08/30/05 | Meeting Expense | 13.00 |
| 08/31/05 | Meeting Expense | 10.50 |
| 09/01/05 | Meeting Expense | 32.50 |
| 09/01/05 | Meeting Expense | 32.50 |
| 09/01/05 | Meeting Expense | 105.00 |
| 09/01/05 | Conference Room F | 48.75 |
| 09/01/05 | Conference Room G | 48.75 |
| 09/07/05 | Meeting Expense | 10.50 |
| 09/13/05 | Meeting Expense | 10.50 |
| 09/19/05 | Meeting Expense | 42.00 |
| 09/20/05 | Meeting Expense | 10.50 |
| 09/26/05 | Meeting Expense | 19.50 |
| | **Total Meeting Expense** | 394.50 |
| 08/30/05 | To: Howard Wilkes, Office of the US Trustee | 10.00 |
| | **Total Messenger Service** | 10.00 |
| 09/08/05 | FedEx Invoice 557995194 (09/12/05); Sent from Kathleen Champagne to Circuit Clerk Of Kane County at Unknown | 8.41 |
| 09/08/05 | FedEx Invoice 557995194 (09/12/05); Sent from Kathleen Champagne to Honorable Jean L. Nottolini at Circuit Court Of Kane County | 8.41 |
| 09/09/05 | FedEx Invoice 559223595 (09/19/05); Sent from Kathleen Champagne to Kathleen Champagne at Ungaretti & Harris Llp | 8.41 |
| 09/16/05 | FedEx Invoice 310172570 (09/26/05); Sent from Chris L. Rexroat to Joshua W. Wolfshohl at Porter & Hedges, L.L.P. | 25.38 |
| 09/21/05 | FedEx Invoice 310172570 (09/26/05); Sent from Michelle Graham to Dennis Levine at Dennis Levine & Associates, P. | 12.88 |
| | **Total Packaging / Federal Express / UPS Service** | 63.49 |

*Handwritten annotations:*
- Total Court Reporter Costs: − 956.00 ) 1,433.5
- Total Federal Court/Pacer Research: − 3.08 ) Ø
- Total Local Counsel Fees/Expenses: 391.00 ) 391.00
- Total Meeting Expense: − 19.50 ) 375.00
- Total Messenger Service: 10.00 ) 10.00
- Total Packaging / Federal Express / UPS Service: − 12.88 ) 50.61

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242

| | |
|---|---|
| Statement Date: | December 31, 2005 |
| Statement No: | 8137387 |
| Client Number: | 1000585 |
| | GES |

Page 11

GES, as Trustee of Resource Technology Corporation (Legal)

## Matter 012 – Expenses

| Date | Costs and Other Charges | Value |
|---|---|---|
| 08/26/05 | Chicago Messenger Service Inv. #251990 (08/31/05); Sent to Sonneschin at 233 S Wacker Dr, Chicago | 12.60 |
| 08/31/05 | Chicago Messenger Service Inv. #253564 (09/07/05); Sent to Resource Tech at 330 S Wells St, Chicago | 6.30 |
| 09/01/05 | Chicago Messenger Service Inv. #253564 (09/07/05); Sent to Office Of Us Trustee at 227 W Monroe St, Chicago | 12.60 |
| 09/01/05 | Chicago Messenger Service Inv. #253564 (09/07/05); Sent to Resource Tech Corp at 330 S Wells St, Chicago | 12.60 |
| 09/07/05 | Chicago Messenger Service Inv. #254718 (09/14/05); Sent to Schiff & Hardin at 233 S Wacker Dr, Chicago | 6.95 |
| 09/30/05 | Chicago Messenger Service Inv. #258973 (10/05/05); Sent to Miller Shakman And Hamilton at 180 N La Salle St, Chicago | 13.90 |
| | **Total Packaging and Delivery Service** | 64.95 -13.90 ⟩ 51.05 |
| 09/12/05 | Support Services | 0.00 |
| | **Total Support Services** | 0.00 |
| 12/31/05 | Copying/Printing Expenses | 389.60 |
| | **Total Copying/Printing Expenses** | 389.60 - 18.00 ⟩ 371.60 |
| 09/01/05 | Ikon Office Solutions | $695.58 |
| | **Total Outside Copying/Printing Expenses** | 695.58 ⟩ 695.58 |
| 12/31/05 | Fax Transmissions | 461.12 |
| | **Total Fax Transmissions** | 461.12 - 116.60 ⟩ 344.52 |
| 12/31/05 | Legal Research | 1,352.91 |
| | **Total Legal Research** | 1,352.91 ⟩ 1,352.91 |
| 12/31/05 | Long Distance Telephone Expenses | 46.18 |
| | **Total Long Distance Telephone Expenses** | 46.18 - 3.30 ⟩ 42.88 |
| | **Total Costs and Other Charges for Expenses** | $ 6,261.91 - 1,143.26 5,118.65 |

# EXHIBIT A-3

## U&H's Chapter 7 Transition Costs

## 9/21/05-4/21/06

## ($35,816.50)

743237-1

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242

| | |
|---|---|
| **Statement Date:** | May 5, 2006 |
| **Statement No:** | 8140901 |
| **Client Number:** | 9999144 |
| | GES |

Page 1

Non-Billable Project - Ges

| Matter Summary | Fees | Disbursements | Total |
|---|---|---|---|
| 003 – RTC Transition Work | $ 35,816.50 | $ 2,192.41 | $ 38,008.91 |
| **Total Fees, Costs and Other Charges** | **$ 35,816.50** | **$ 2,192.41** | **$38,008.91** |

| | |
|---|---|
| **Total Amount Due** | **$38,008.91** |

A payment may be made directly into our account using the following information:

Domestic Wire Transfer: JPMorgan Chase, NA Chicago, Illinois - ABA Routing Number: 021000021 U&H Account Number 734446
International Wire Transfer: JPMorgan Chase, NA Chicago, Illinois-ABA Routing Number:021000021 U&H Account Number 734446
International Routing Number CHASUS33
ACH Transfer: JPMorgan Chase, NA Chicago, Illinois - ABA Routing Number: 071000013 U&H Account Number 734446

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
Non-Billable Project - Ges

| | |
|---|---|
| Statement Date: | May 5, 2006 |
| Statement No: | 8140901 |
| Client Number: | 9999144 |
| | GES |

Page 2

## Matter 003 – RTC Transition Work

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 09/21/05 | Exchange messages and telephone conferences, review docket regarding continued hearing on status of various pending matters, related issues. | CLR | 0.50 |
| 09/21/05 | Meet with new trustee regarding transition. | GES | 4.00 |
| 09/22/05 | Review documents, meeting with Chapter 7 Trustee and follow-up with Shakman lawyers regarding documents, deadlines, issues, related matters. | CLR | 4.00 |
| 09/22/05 | Meet with new trustee regarding transition. | GES | 4.00 |
| 09/23/05 | Telephone conference with M. Breem, review and forward documents, reveiw docket regarding district court/appeal matters. | CLR | 1.00 |
| 09/23/05 | Meet with chapter 7 trustee in transition. | GES | 4.00 |
| 09/26/05 | Meet with Shakman lawyers, follow-up regarding review, organize and forward documents, files. | CLR | 4.00 |
| 09/28/05 | Review documents, work with Chapter 7 trustee counsel regarding deadlines, docket, documents, files, related issues. | CLR | 1.50 |
| 09/29/05 | Exchange messages, forward documents to Shakman counsel at their request. | CLR | 1.00 |
| 09/29/05 | Review, forward, exchange messages regarding TRC Dismissal hearing trial. | CLR | 0.50 |
| 09/30/05 | Tele-conference with Marc Beem and Diane Klotina regarding documents, U&H files, and follow-up, review files. | CLR | 0.70 |
| 09/30/05 | Review, respond to messages and forward documents. | CLR | 0.50 |
| 10/03/05 | Exchange messages and analysis of issues regarding chapter 7 trustee and documents in U&H possession, privilege, exchange, expenses, related issues. | CLR | 0.50 |
| 10/03/05 | Attention to transition matters. | GES | 3.00 |
| 10/03/05 | Review correspondence from Hearing Officer Hart regarding results of Preliminary Hearing. | TEH | 0.30 |
| 10/04/05 | Review, prepare documents meet and follow-up with Marc Beem, Diane Klotina and Miller Shakman paralegals regarding documents in U&H possession, privilege issues, transfer/copying of documents and related issues. | CLR | 2.50 |
| 10/04/05 | [RTC/?] Review of correspondence on Chapter 7 Trustee's counsel review of U&H files and draft memo to C. Rexroat on transcripts and client files. | RSA | 0.30 |
| 10/05/05 | Review correspondence from M. Bacon and correspond with G. Szilagyi regarding Ewing Bemiss fee application. | AXP | 0.30 |
| 10/05/05 | Review Kennely order and forward to Miller Shakman. | CLR | 0.20 |
| 10/05/05 | Exchange messages regarding U&H files, status, letter received from Marc Beem and analysis of privilege/work-product/attorney lien issues. | CLR | 0.20 |
| 10/05/05 | Attention to transition matters. | GES | 1.50 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
Non-Billable Project - Oes

| | |
|---|---|
| Statement Date: | May 8, 2006 |
| Statement No: | 8140901 |
| Client Number: | 9999144 |
| | GES |

Page 3

Matter 003 – RTC Transition Work

| Date | Services | Atty | Hours |
|---|---|---|---|
| 10/06/05 | Calls to and from Trustee's action. | GES | 3.00 |
| 10/07/05 | Reveiw correspondence from Marc Beem regarding documetns, files; conference with GES, RSA and voicemail to Marc Beem regardign documents, files, related issues. | CLR | 0.30 |
| 10/10/05 | Telephone conference with Jon VIgano regarding 12/30 ruling on preliminary injunction; review files, forward information. | CLR | 0.50 |
| 10/10/05 | Attention to transition. | GES | 1.00 |
| 10/17/05 | Telephone conference with counsel for Chapter 7 Trustee regarding status, documents, pending matters and follow-up exchange of messages. | CLR | 0.50 |
| 10/17/05 | Transition matters. | GES | 1.00 |
| 10/18/05 | Telephone conference with counsel for Jay Steinberg regarding status, pending proceedings, documents; review and forward documents to Miller Shakman counsel. | CLR | 2.50 |
| 10/18/05 | Transition matters. | GES | 1.00 |
| 10/19/05 | Telephone conference with counsel regarding Scattered claim, related issues; review files, forward documents, research regarding objection to claim. | CLR | 1.00 |
| 10/19/05 | Transition matters. | GES | 1.00 |
| 10/19/05 | Final review of settlement agreement and claim assignment. | GES | 1.00 |
| 10/19/05 | Review of correspondence from C. Rexroat on RTC files. | RSA | 0.30 |
| 10/20/05 | Follow-up on Beem's document request, review files, burn CD and organize, forward documents regarding Scattered claim. | CLR | 1.50 |
| 10/20/05 | Transition matters. | GES | 1.00 |
| 10/21/05 | Exchange messages regarding Greenblatt claims, status of appeals, related issues; review draft complaint regarding Steinberg v. Greenblatt. | CLR | 0.80 |
| 10/24/05 | Telephone conference with Marc Beem and exchange messages with counsel regarding substitutions/withdrawals of counsel to be filed in non-bankrutpcy forums. | CLR | 0.50 |
| 10/25/05 | Telephone conference with Mark Beem, review pleadings, exchange messages regarding substitution, document production, related issues. | CLR | 0.50 |
| 10/25/05 | Transition issues. | GES | 1.00 |
| 10/28/05 | Transition issues. | GES | 1.00 |
| 10/31/05 | Telephone conference with Miller Shakman regardign status of preliminary injunction hearing about RECS (.30); office conference with K. Champagne regarding withdrawals from sending cases (.20). | SGF | 0.50 |
| 11/01/05 | Review statute, draft motion/notice regarding withdrawals/substitutionin RTC cases. | CLR | 0.50 |

# UNGARETTI & HARRIS

**CHICAGO OFFICE:**
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
Non-Billable Project - Ges

| | |
|---|---|
| **Statement Date:** | May 5, 2006 |
| **Statement No:** | 8140901 |
| **Client Number:** | 9899144 |
| | GES |

Page 4

Matter 003 - RTC Transition Work

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 11/01/05 | Draft withdrawal notices and conference and correspondence with C. Rexroat regarding same. | KHC | 0.80 |
| 11/01/05 | Telephone conferences with Miller Shakman regarding 10/31 preliminary injunction hearing (.50); office conferences with G. Szilagyi and C. Rexroat regarding same (.50). | SGF | 1.00 |
| 11/02/05 | Review and revise withdrawals and correspondence with C. Rexroat regarding same. | KHC | 0.40 |
| 11/03/05 | Review, revise, exchange messages regarding withdrawal as counsel form notices. | CLR | 0.50 |
| 11/07/05 | Review, revise, conference regarding notices of substitution in RTC non-bankruptcy pending cases. | CLR | 0.50 |
| 11/07/05 | Draft withdrawals in ICC v. RTC and National Seal v. RTC cases and attention to filing of withdrawals and review status of all RTC cases to assess necessity of withdrawals. | KHC | 3.80 |
| 11/08/05 | Review issues, drafts and conference regarding withdrawal pleadings; exchange messages with counsel regarding status, results from 7th Circuit argument in Chastang. | CLR | 0.50 |
| 11/08/05 | Review status of all RTC cases to assess necessity of withdrawals and conference with S. Feibus and C. Rexroat regarding same; draft withdrawal in Sovereign Immunity appeal and attention to filing if withdrawal. | KHC | 2.20 |
| 11/08/05 | Review CNRA file before Miller Shakman took it (1.0); office conference C. Rexroat and K. Champagne regarding withdrawals from various cases (.50); additional work regarding same (.50). | SGF | 2.00 |
| 11/10/05 | Met with K. Champagne regarding preparing all withdrawals. | RCS | 0.50 |
| 11/14/05 | Attention to transition matters. | GES | 2.00 |
| 11/15/05 | Follow up, exchange messages regarding status of appeals, substitutions. | CLR | 0.30 |
| 11/16/05 | Exchange messages, meetings regarding RTC file room, status of documents, files. | CLR | 1.00 |
| 11/16/05 | Drafted notice of withdrawal and notice of substitution of counsel. | RCS | 1.30 |
| 11/16/05 | Drafted notice of withdrawal and notice of substitution of counsel. | RCS | 1.20 |
| 11/18/05 | Revised notice of withdrawal and notice of substitution of counsel. | RCS | 0.20 |
| 11/18/05 | Revised notice of withdrawal and notice of substitution of counsel. | RCS | 0.20 |
| 11/18/05 | Revised notice of withdrawal and notice of substitution of counsel. | RCS | 0.10 |
| 11/21/05 | Transition matters. | GES | 3.00 |
| 11/21/05 | Review withdrawals and correspondence to R. Steiner regarding withdrawals. | KHC | 0.70 |
| 11/21/05 | Revised notice of withdrawal and substitution of appearance. | RCS | 0.60 |

# UNGARETTI & HARRIS

**CHICAGO OFFICE:**
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
Non-Billable Project - Ges

| | |
|---|---|
| Statement Date: | May 5, 2006 |
| Statement No: | 8140901 |
| Client Number: | 9999144 |
| | GES |

Page 6

Matter 003 – RTC Transition Work

| Date | Services | Atty | Hours |
|---|---|---|---|
| 11/21/05 | Revised notice of withdrawal and substitution of appearance. | RCS | 0.70 |
| 11/21/05 | Review notices of withdrawal in various cases. | SGF | 0.50 |
| 11/22/05 | Transition matters. | GES | 2.00 |
| 11/22/05 | Attention to RTC withdrawals. | KHC | 0.50 |
| 11/22/05 | Finalized and filed notice of withdrawal and substitution of appearance. | RCS | 0.30 |
| 11/22/05 | Finalized and filed notice of withdrawal and substitution of appearance. | RCS | 0.20 |
| 11/28/05 | Drafted notice of withdrawal and notice of substitution. | RCS | 1.70 |
| 11/28/05 | Drafted notice of withdrawal and notice of substitution. | RCS | 1.80 |
| 11/29/05 | Exchange messages, reveiw files and conference regarding status of demand for REC payments, follow-up. | CLR | 0.50 |
| 12/01/05 | Drafted notice of withdrawal and notice of substitution of counsel. | RCS | 0.40 |
| 12/01/05 | Drafted notice of withdrawal and notice of substitution of counsel. | RCS | 0.40 |
| 12/01/05 | Drafted notice of withdrawal and notice of substitution of counsel. | RCS | 0.40 |
| 12/05/05 | Review RTC withdrawals and conferences with R. Steiner regarding same. | KHC | 0.70 |
| 12/05/05 | Revised notice of withdrawal and notice of substitution of counsel. | RCS | 0.80 |
| 12/05/05 | Revised notice of withdrawal and notice of substitution of counsel. | RCS | 0.30 |
| 12/05/05 | Revised notice of withdrawal and notice of substitution of counsel. | RCS | 0.20 |
| 12/06/05 | Review, exchange messages regarding withdrawals being filed in state/federal courts. | CLR | 0.50 |
| 12/06/05 | Revised, finalized, and filed notice of withdrawal of appearance and notice of substitution of counsel. | RCS | 1.80 |
| 12/09/05 | Review, exchange messages regardign 7th Circuit Opinion in Chastang case. | CLR | 0.50 |
| 12/12/05 | Updated chart of cases and notices of withdrawal. | RCS | 0.20 |
| 12/12/05 | Updated chart of cases and notices of withdrawal. | RCS | 0.20 |
| 12/12/05 | Updated chart of cases and notices of withdrawal. | RCS | 0.10 |
| 12/15/05 | Review status of RTC withdrawals. | KHC | 0.80 |
| 12/27/05 | Telephone conference with Marc Beem, review files and follow-up regarding September transcript. | CLR | 0.50 |
| 12/30/05 | Review, exchange messages regarding pleadings. | CLR | 0.50 |
| 01/09/06 | Organize files for storage; respond to inquiry from NEC counsel regarding documents, transcripts. | CLR | 1.50 |
| 01/11/06 | Telephone conference with NEC counsel, trustee's counsel and forward documents; analysis of matters regarding U&H fee application, Trustee's fee application. | CLR | 0.50 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
Non-Billable Project - Ges

| | |
|---|---|
| **Statement Date:** | May 5, 2006 |
| **Statement No:** | 8140901 |
| **Client Number:** | 9999144 |
| | GES |

Page 6

## Matter 003 – RTC Transition Work

| Date | Services | Atty | Hours |
|---|---|---|---|
| 01/12/06 | Review of fee petition; meeting with C. Rexroat and G. Szilagyi regarding final fee petition. | AXP | 0.60 |
| 01/12/06 | Meeting regarding Final U&H fee application; trustee fee application, related issues and follow-up regarding filing deadline for February hearing date. | CLR | 1.00 |
| 01/23/06 | Prepare U&H final fee application. | AXP | 4.00 |
| 01/23/06 | Review, exchange messages regarding status of final fee application, updates since September, status of funds received and related issues. | CLR | 0.50 |
| 01/24/06 | Prepare and revise final fee application for U&H. | AXP | 1.30 |
| 01/24/06 | Review, revise U&H final fee application. | CLR | 2.00 |
| 01/25/06 | Prepare, revise and file U&H final fee application; prepare, revise and file Szilagyi, Trustee final fee application. | AXP | 4.20 |
| 01/25/06 | Review, revise final fee application. | CLR | 1.00 |
| 01/31/06 | Review pleadings. | CLR | 1.00 |
| 02/08/06 | Conference with GES regarding RTC fee applications and correspondence on continued hearings on fee applications. | RSA | 0.30 |
| 02/09/06 | Draft, revise and file Notice of continued hearing on fee applications; telephone conferences with Judge Wedoff's chambers regarding same. | AXP | 1.00 |
| 02/09/06 | Correspondence and review of notice for continued hearing on fee applications. | RSA | 0.60 |
| 03/22/06 | Attention to withdrawal/substitution. | KHC | 0.60 |
| 03/22/06 | Prepared exhibits and filed notice of withdrawal of appearance and notice of substitution of parties. | RCS | 0.25 |

**Total Services**          Hours    114.55          $ 35,816.50

## Matter 003 – RTC Transition Work

| Date | Costs and Other Charges | Value |
|---|---|---|
| 11/17/05 | Federal Court/Pacer Research | $ 4.60 |
| 11/17/05 | Federal Court/Pacer Research | 2.80 |
| 11/28/05 | Federal Court/Pacer Research | 7.80 |
| 11/29/05 | Federal Court/Pacer Research | 2.20 |
| | Total Federal Court/Pacer Research | 17.40 |
| 11/17/05 | Accurate Clerking, Inc. | 143.00 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
Non-Billable Project - Ges

| Statement Date: | May 5, 2006 |
|---|---|
| Statement No: | 8140901 |
| Client Number: | 9999144 |
| | GES |

Page 7

## Matter 003 – RTC Transition Work

| Date | Costs and Other Charges | | Value |
|---|---|---|---|
| | **Total Filing Fees/Registration Fees** | | 143.00 |
| 11/16/05 | Law Bulletin Access Plus | 8.16 | |
| | **Total Law Bulletin Access Plus** | | 8.16 |
| 11/07/05 | FedEx Invoice 318632216 (11/14/05); Sent from Kathleen Holper Champagne to Elizabeth Rolando at Illinois Commerce Commission | 13.26 | |
| 11/07/05 | FedEx Invoice 318632216 (11/14/05); Sent from Kathleen Holper Champagne to Honorable Gene Nottolini at Kane County Courthouse | 46.02 | |
| 11/07/05 | FedEx Invoice 318632216 (11/14/05); Sent from Kathleen Holper Champagne to Circuit Clerk Of Kane County at Unknown | 49.50 | |
| 11/08/05 | FedEx Invoice 318632216 (11/14/05); Sent from Circuit Clerk Of Kane County to Kathleen Holper Champagne at Ungaretti & Harris Llp | 50.52 | |
| 11/09/05 | FedEx Invoice 318632216 (11/14/05); Sent from Elizabeth Rolando to Kathleen Holper Champagne at Ungaretti And Harris | 10.90 | |
| 11/10/05 | FedEx Invoice 319864005 (11/21/05); Sent from Kathleen Holper Champagne to Elizabeth Rolando at Illinois Commerce Commission | 13.26 | |
| 11/22/05 | FedEx Invoice 321044573 (11/28/05); Sent from Susan G. Feibus to Clerk Of Court at Fayette County Courthouse | 13.30 | |
| 11/23/05 | FedEx Invoice 322058660 (12/05/05); Sent from Clerk Of Court to Susan G. Feibus at Ungaretti & Harris | 53.04 | |
| | **Total Packaging / Federal Express / UPS Service** | | 249.80 |
| 05/05/06 | Copying/Printing Expenses | 1,126.20 | |
| | **Total Copying/Printing Expenses** | | 1,126.20 |
| 11/21/05 | APS International, LTD. | $ 95.00 | |
| 11/21/05 | APS International, LTD. | 165.00 | |
| | **Total Outside Copying/Printing Expenses** | | 260.00 |
| 05/05/06 | Fax Transmissions | 312.75 | |
| | **Total Fax Transmissions** | | 312.75 |
| 05/05/06 | Long Distance Telephone Expenses | 25.50 | |
| | **Total Long Distance Telephone Expenses** | | 25.50 |
| 05/05/06 | Postage Expenses | 49.60 | |
| | **Total Postage Expenses** | | 49.60 |

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
Non-Billable Project - Ges

| | |
|---|---|
| **Statement Date:** | May 5, 2006 |
| **Statement No:** | 8140901 |
| **Client Number:** | 9999144 |
| | GES |

Page 8

Matter 003 – RTC Transition Work

| Date | Costs and Other Charges | Value |
|---|---|---|

**Total Costs and Other Charges for RTC Transition Work**      **$ 2,192.41**

# UNGARETTI & HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
Non-Billable Project - Ges

| | | |
|---|---|---|
| Statement Date: | May 8, 2006 | |
| Statement No: | 8140901 | |
| Client Number: | 9999144 | |
| | GES | |

Page 9

| Timekeeper Summary | | | |
|---|---|---|---|
| **No** | **Attorney** | **Hours** | **Value** |
| 0057 | Alsterda, R. Scott | 1.50 | 592.50 |
| 0105 | Harman, Theodore E. | 0.30 | 78.75 |
| 0130 | Feibus, Susan G. | 4.00 | 1,500.00 |
| 0144 | Szilagyi, Gregg E. | 34.50 | 13,042.50 |
| 0472 | Champagne, Kathleen Holper | 10.50 | 3,097.50 |
| 0477 | Rexroat, Christopher L. | 38.50 | 11,922.00 |
| 0489 | Pirogovsky, Alex | 11.40 | 3,021.00 |
| 0832 | Steiner, Rachel C. | 13.85 | 2,562.25 |
| **Total for RTC Transition Work** | | **114.55** | **35,816.50** |

# UNGARETTI ᗺ HARRIS

CHICAGO OFFICE:
3500 Three First National Plaza, Chicago, Illinois 60602-4283
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242

| | |
|---|---|
| Statement Date: | May 5, 2006 |
| Statement No: | 8140901 |
| Client Number: | 9999144 |
| | GES |

Page 1

# REMITTANCE COPY

Non-Billable Project - Ges

Bill Date: 05/05/06
Client Number: 9999144
Client Name: Non-Billable Project - Ges

Invoice Number: 8140901

| Matter Summary | Fees | Disbursements | Total |
|---|---|---|---|
| 003 – RTC Transition Work | $ 35,816.50 | $ 2,192.41 | $ 38,008.91 |
| Total Fees, Costs and Other Charges | $ 35,816.50 | $ 2,192.41 | $38,008.91 |

| Total Amount Due | $38,008.91 |
|---|---|

A payment may be made directly into our account using the following information:

Domestic Wire Transfer:  JPMorgan Chase, NA  Chicago, Illinois - ABA Routing Number: 021000021 U&H Account Number 734446
International Wire Transfer: JPMorgan Chase, NA  Chicago, Illinois-ABA Routing Number:021000021 U&H Account Number 734446
International Routing Number CHASUS33
ACH Transfer: JPMorgan Chase, NA Chicago, Illinois - ABA Routing Number: 071000013 U&H Account Number 734446

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Resource Technology Corporation, | ) | District Court Case No. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Ungaretti & Harris, LLP, | ) | Bankruptcy Case No.  99-35434 |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jay A. Steinberg, not Individually but Solely | ) | |
| as Chapter 7 Trustee of the Estate of | ) | |
| Resource Technology Corporation, | ) | |
| | ) | |
| Appellee | ) | |

## ORDER

THIS MATTER coming to be heard on Ungaretti & Harris, LLP's Emergency Motion for Stay of Disgorgement Pending Resolution of Appeal, due notice having been given and the Court being advised in the premises,

IT IS HEREBY ORDERED THAT:

(1)  The Emergency Motion for Stay of Disgorgement Pending Resolution of Appeal is granted;

(2)  The Disgorgement Order is stayed pending resolution of this appeal.

ENTER:_____

Bruce L. Wald
Jeffrey B. Rose
Natalia K. Rzepka
TISHLER & WALD, LTD.
200 S. Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 876-3800