H1+W

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) 08cv4235 |
| Resource Technology Corporation, | ) JUDGE KENNELLY |
| | ) MAG. JUDGE COX |
| Debtor. | ) |
| | ) |
| Ungaretti & Harris, LLP, | ) Bankruptcy Case No. 99-35434 |
| | ) |
| Appellant | ) |
| v. | ) |
| | ) |
| Jay A. Steinberg, not Individually but | ) |
| Solely as Chapter 7 Trustee of the Estate | ) |
| of Resource Technology Corporation, | ) |
| | ) |
| Appellee | ) |
| | ) |

FILED
J.N 7-25-2008
JUL 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## EMERGENCY NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Tuesday, July 29, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Matthew Kennelly** or any Judge sitting in his stead, **in Courtroom 2103**, in the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois and shall then and there present **Emergency Motion Of Ungaretti & Harris, LLP To Stay Disgorgement Pending Resolution Of Appeal**, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

UNGARETTI & HARRIS, LLP

/s/Bruce L. Wald
One of its Attorneys

Bruce L. Wald (ARDC No.2919095)
Jeffrey B. Rose (ARDC No.6186133)
Natalia K. Rzepka (ARDC No. 6278368)
TISHLER & WALD, LTD.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 876-3800

## **CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn, upon oath deposes and states that he served an **Emergency Notice of Motion** and **Emergency Motion Of Ungaretti & Harris, LLP To Stay Disgorgement Pending Resolution Of Appeal** upon the aforementioned parties via messenger this 25th day of July, 2008 at or before the hour of 4:00 p.m.

/s/Bruce L. Wald

## SERVICE LIST

Barry A. Chatz
George P. Apostolides
Miriam R. Stein
ARNSTEIN & LEHR, LLP
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606


Jay A Steinberg
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, IL 60601


Judge Matthew F. Kennelly
Everett McKinley Dirksen Building
219 South Dearborn
Courtroom 2103
Chicago, Illinois 60604