IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RESOURCE TECHNOLOGY | ) | |
| CORPORATION, | ) | Case No. 08 C 4235 |
| | ) | |
| Debtor. | ) | Hon. Matthew F. Kennelly |

### NOTICE OF FILING

To:  All persons receiving notice via the CM/ECF system and Attached Service List

**Please take notice** that on July 28, 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL, Appearance of George P. Apostolides, a true and correct copy of which is attached hereto and hereby served upon you.

**Dated: July 28, 2008**

Respectfully submitted,
THE ESTATE OF RESOURCE TECHNOLOGY CORPORATION, BY AND THROUGH JAY A. STEINBERG, NOT INDIVIDUALLY BUT SOLELY AS CHAPTER 7 TRUSTEE

By:   /s/ George P. Apostolides
      One of Its Attorneys

Barry A. Chatz
George P. Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

### CERTIFICATE OF SERVICE

I, George P. Apostolides, certify that on July 28, 2008, I caused a copy of the Appearance of George P. Apostolides to be served on all persons receiving notice via the Court's CM/ECF system and on the parties on the attached Service List via fax.

/s/ George P. Apostolides

## SERVICE LIST

Bruce Wald
Natalia K. Rzepka
Tishler & Wald, Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL  60606
Fax: (312) 876-3816

James Richmond
Gregory Ostfeld
Greenberg Traurig LLP
77 W. Wacker Drive
Suite 2500
Chicago, IL  60601
Fax: (312) 456-8435