## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4235 | **DATE** | 7/29/2008 |
| **CASE TITLE** | In Re: In Re: Resource Tech | | |

**DOCKET ENTRY TEXT**

Response to motion to stay is due 8/1/2008. Motion is entered and continued to 8/5/2008 at 9:30 AM.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|