IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Resource Technology Corporation, ) | **District Court Case No. 08 C 4235** |
| ) | |
| Debtor. ) | **Honorable Matthew F. Kennelly** |
| ) | |
| Ungaretti & Harris, LLP, ) | |
| ) | Bankruptcy Case No. 99-35434 |
| Appellant ) | |
| v. ) | |
| ) | |
| Jay A. Steinberg, not Individually but ) | |
| Solely as Chapter 7 Trustee of the Estate ) | |
| of Resource Technology Corporation, ) | |
| ) | |
| Appellee ) | |
| ) | |

## NOTICE OF FILING

TO:   Attached Service List

   **PLEASE TAKE NOTICE** that on August 1, 2008, the undersigned caused to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL, **Reply in Support of Emergency Motion of Ungaretti & Harris, LLP to Stay Disgorgement Pending Resolution of Appeal**, a copy of which is attached hereto and herewith served upon you.

**Dated: August 1, 2008**                    Respectfully submitted,

                                            UNGARETTI & HARRIS, LLP

                                                /s/Bruce L. Wald
                                              One of its Attorneys

Bruce L. Wald (ARDC No.2919095)
Jeffrey B. Rose (ARDC No.6186133)
Natalia K. Rzepka (ARDC No. 6278368)
TISHLER & WALD, LTD.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 876-3800

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he served the foregoing **Notice of Filing** and **Reply in Support of Emergency Motion of Ungaretti & Harris, LLP to Stay Disgorgement Pending Resolution of Appeal** upon the foregoing parties listed on the attached service list, by delivering true and correct copies of same via electronic mail and by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt at or before 5:00 p.m. this 1st day of August, 2008.

                                                         /s/Bruce L. Wald
                                                         One of its Attorneys

Bruce L. Wald (ARDC No.2919095)
Jeffrey B. Rose (ARDC No.6186133)
Natalia K. Rzepka (ARDC No. 6278368)
TISHLER & WALD, LTD.
200 South Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 876-3800 (phone)
(312) 876-3816 (fax)

## SERVICE LIST

George P. Apostolides
ARNSTEIN & LEHR, LLP
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606
E-Mail: gapostolides@arnstein.com

Jay A Steinberg
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, IL 60601
E-Mail: jsteinberg@foley.com


James G. Richmond
Gregory Edward Ostfeld
Greenberg Traurig, LLP
77 W. Wacker Drive
Suite 2500
Chicago, IL 60601
E-Mail: richmondj@gtlaw.com
        ostfeldg@gtlaw.com