# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4235 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Ungaretti & Harris v. Steinberg | | |

**DOCKET ENTRY TEXT**

Motion to consolidate for all purposes, case number 08 C 4229 with this case is granted. Clerk of Court is directed to consolidate cases. Clerk is further directed to close case 08 C 4229. No further entries are to be made to 08 C 4229. Motion to stay is granted. Appellant's brief due 8/11/08; response due 8/26/08; reply due 9/8/08. Ruling set for 9/29/08 at 9:30 AM.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|