### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Resource Technology Corporation, | ) | **District Court Case No. 08 C 4235** |
| | ) | Consolidated with 08 C 4228 |
| Debtor. | ) | |
| | ) | **Honorable Matthew F. Kennelly** |
| Ungaretti & Harris, LLP, | ) | |
| | ) | |
| Appellant | ) | Bankruptcy Case No.  99-35434 |
| | ) | |
| v. | ) | |
| | ) | |
| Jay A. Steinberg, not Individually but | ) | *Appeal from the United States Bankruptcy* |
| Solely as Chapter 7 Trustee of the Estate | ) | *Court for the Northern District of Illinois,* |
| of Resource Technology Corporation, | ) | *Case No. 99 B 35434* |
| | ) | *Eugene R. Wedoff, Bankruptcy Judge* |
| Appellee | ) | |

### APPELLANT'S UNCONTESTED MOTION FOR LEAVE TO FILE *INSTANTER* BRIEF IN EXCESS OF FIFTEEN PAGES

Ungaretti & Harris, LLP (U&H), Appellant herein, by its undersigned counsel, moves this Court for leave to file *instanter* its opening Brief in excess of fifteen pages.  In support of this Motion, U&H states as follows:

1. U&H's opening Brief, exclusive of "Table of Contents" and "Table of Authorities," is twenty one (21) pages.  The additional pages were necessary for U&H to adequately address all of the facts and legal arguments involved.

2. U&H has made every effort to set forth its arguments concisely and to address only those issues and facts critical to its opening Brief.

3. Counsel for Appellee does not contest the entry of an Order granting the relief U&H seeks herein.

WHEREFORE, for the reasons stated above, U&H, Appellant herein, respectfully requests this Court to grant it leave to file *instanter* a brief in excess of fifteen pages and to enter any other and further relief this Court deems appropriate.

          Respectfully submitted,

          UNGARETTI & HARRIS, LLP

          By: /s/ Natalia K. Rzepka
               One of Its Attorneys

Bruce L. Wald (#2919095)
Natalia K. Rzepka (#6278368)
TISHLER & WALD, LTD.
200 S. Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 876-3800

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Resource Technology Corporation, | ) | **District Court Case No. 08 C 4235** |
| | ) | Consolidated with 08 C 4228 |
| Debtor. | ) | |
| | ) | **Honorable Matthew F. Kennelly** |
| Ungaretti & Harris, LLP, | ) | |
| | ) | |
| Appellant | ) | Bankruptcy Case No. 99-35434 |
| | ) | |
| v. | ) | |
| | ) | |
| Jay A. Steinberg, not Individually but | ) | *Appeal from the United States Bankruptcy* |
| Solely as Chapter 7 Trustee of the Estate | ) | *Court for the Northern District of Illinois,* |
| of Resource Technology Corporation, | ) | *Case No. 99 B 35434* |
| | ) | *Eugene R. Wedoff, Bankruptcy Judge* |
| Appellee | ) | |

## **AGREED ORDER**

THIS MATTER coming to be heard on Appellant's Uncontested Motion to File *Instanter* Brief in Excess of Fifteen Pages, due notice having been given, the parties being in agreement and the Court being advised in the premises,

IT IS HEREBY ORDERED THAT:

The Appellant's Uncontested Motion to File *Instanter* Brief in Excess of Fifteen Pages is granted and Ungaretti & Harris, LLP is granted leave to file its opening Brief in excess of fifteen (15) pages.

ENTER: _____

Bruce L. Wald (#2919095)
Natalia K. Rzepka (#6278368)
TISHLER & WALD, LTD.
200 S. Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 876-3800