## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Resource Technology Corporation, | ) | **District Court Case No. 08 C 4235** |
| | ) | Consolidated with 08 C 4228 |
| Debtor. | ) | |
| | ) | **Honorable Matthew F. Kennelly** |
| Ungaretti & Harris, LLP, | ) | |
| | ) | |
| Appellant | ) | Bankruptcy Case No. 99-35434 |
| | ) | |
| v. | ) | |
| | ) | |
| Jay A. Steinberg, not Individually but | ) | *Appeal from the United States Bankruptcy* |
| Solely as Chapter 7 Trustee of the Estate | ) | *Court for the Northern District of Illinois,* |
| of Resource Technology Corporation, | ) | *Case No. 99 B 35434* |
| | ) | *Eugene R. Wedoff, Bankruptcy Judge* |
| Appellee | ) | |

## NOTICE OF MOTION

**TO: SEE ATTACHED SERVICE LIST**

   PLEASE TAKE NOTICE that on **Thursday, August 14, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Matthew Kennelly** or any Judge sitting in his stead, **in Courtroom 2103**, in the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois and shall then and there present **Appellant's Uncontested Motion to File *Instanter* Brief in Excess of Fifteen Pages**, a copy of which is attached hereto and herewith served upon you.

                              Respectfully submitted,

                              UNGARETTI & HARRIS, LLP

                                   /s/Natalia K. Rzepka
                                   One of its Attorneys

Bruce L. Wald (ARDC No.2919095)
Natalia K. Rzepka (ARDC No. 6278368)
TISHLER & WALD, LTD.
200 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 876-3800

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn, upon oath deposes and states that she served an **Notice of Motion** and **Appellant's Uncontested Motion to File *Instanter* Brief In Excess of Fifteen Pages** upon the aforementioned parties via operation of this Court's electronic filing system and via electronic mail this 11th day of August, 2008 at or before the hour of 5:00 p.m.

/s/Natalia K. Rzepka

**SERVICE LIST**

George P. Apostolides
ARNSTEIN & LEHR, LLP
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606
Email: gapostolides@arnstein.com

James G. Richmond
Gregory Edward Ostfeld
GREENBERG TRAURIG, LLP
77 W. Wacker
Suite 2500
Chicago, IL 60601
Email: richmondj@gtlaw.com
            ostfeldg@gtlaw.com

Jay A Steinberg
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, IL 60601
Email: jsteinberg@foley.com

Via Hand Delivery
Judge Matthew F. Kennelly
Everett McKinley Dirksen Building
219 South Dearborn
Chambers 2188
Chicago, Illinois 60604