IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Resource Technology Corporation, | ) | **District Court Case No. 08 C 4235** |
| | ) | Consolidated with 08 C 4228 |
| Debtor. | ) | |
| | ) | **Honorable Matthew F. Kennelly** |
| Ungaretti & Harris, LLP, | ) | |
| | ) | |
| Appellant | ) | Bankruptcy Case No. 99-35434 |
| | ) | |
| v. | ) | |
| | ) | |
| Jay A. Steinberg, not Individually but | ) | *Appeal from the United States Bankruptcy* |
| Solely as Chapter 7 Trustee of the Estate | ) | *Court for the Northern District of Illinois,* |
| of Resource Technology Corporation, | ) | *Case No. 99 B 35434* |
| | ) | *Eugene R. Wedoff, Bankruptcy Judge* |
| Appellee | ) | |

## NOTICE OF FILING

To:   See Attached Service List

    **PLEASE TAKE NOTICE** that on **Monday, August 11, 2008**, we caused to be filed electronically with the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division, **Brief of Ungaretti & Harris LLP,** a copy of which is attached hereto and herewith served upon you.

                                                  Respectfully Submitted,

                                                  UNGARETTI & HARRIS LLP

                                                  By:   /s/Natalia K. Rzepka
                                                            One of its Attorneys

Bruce L. Wald (ARDC #2919095)
Jeffery B. Rose (ARDC #6186133)
Natalia K. Rzepka (ARDC #6278368)
TISHLER & WALD, LTD.
200 South Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 876-3800 (phone)
(312) 876-3816 (fax)

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn, upon oath deposes and states that she served an **Notice of Filing** and **Brief of Ungaretti & Harris, LLP** upon the aforementioned parties via operation of this Court's electronic filing system and via electronic mail this 11th day of August, 2008 at or before the hour of 5:00 p.m.

/s/Natalia K. Rzepka

Bruce L. Wald (ARDC #2919095)
Jeffery B. Rose (ARDC #6186133)
Natalia K. Rzepka (ARDC #6278368)
TISHLER & WALD, LTD.
200 South Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 876-3800 (phone)
(312) 876-3816 (fax)

**SERVICE LIST**

George P. Apostolides
ARNSTEIN & LEHR, LLP
120 S. Riverside Plaza
Suite 1200
Chicago, IL  60606
Email: gapostolides@arnstein.com

James G. Richmond
Gregory Edward Ostfeld
GREENBERG TRAURIG, LLP
77 W. Wacker
Suite 2500
Chicago, IL 60601
Email: richmondj@gtlaw.com
           ostfeldg@gtlaw.com

Jay A Steinberg
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, IL 60601
Email: jsteinberg@foley.com

Via Hand Delivery
Judge Matthew F. Kennelly
Everett McKinley Dirksen Building
219 South Dearborn
Chambers 2188
Chicago, Illinois  60604