# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4235 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Resource Technology Corporation vs. Jay A. Steinberg | | |

**DOCKET ENTRY TEXT**

Appellant's uncontested motion for leave to file instanter a brief in excess of 15 pages is granted.

| | Courtroom Deputy Initials: | DS |
|---|---|---|