IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>RESOURCE TECHNOLOGY CORPORATION,<br><br>    Debtor.<br>_____<br><br>UNGARETTI & HARRIS LLP,<br><br>    Appellant,<br><br>v.<br><br>JAY A. STEINBERG, NOT INDIVIDUALLY BUT SOLELY AS CHAPTER 7 TRUSTEE FOR THE ESTATE OF RESOURCE TECHNOLOGY CORPORATION,<br><br>    Appellee. | District Court No. 08 C 4235<br>Consolidated with 08 C 4228<br><br>Hon. Matthew F. Kennelly<br><br>Bankruptcy Case No. 99 B 35434<br><br>Appeal from the United States Bankruptcy Court for the Northern District of Illinois<br><br>Hon. Eugene R. Wedoff,<br>Bankruptcy Judge |

### APPELLEE'S UNCONTESTED MOTION TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES

The Estate of Resource Technology Corporation (the "Estate"), by and through Jay A. Steinberg, not individually but solely in his capacity as Chapter 7 Trustee (the "Trustee") of the Estate, by his undersigned counsel, moves this Court for leave to file instanter its Appellee Brief in excess of fifteen pages. In support of this Motion, the Estate states as follows:

    1.    The Estate's Appellee Brief, exclusive of the Table of Contents and the Table of Authorities, is approximately thirty-one (31) pages. The additional pages were necessary for the Estate to address all of the facts and legal arguments raised by the Appellant in its opening Brief.

2.  The Estate has made every effort to set forth its arguments concisely and to address only those issues and facts critical to its Response.

3.  Counsel for the Appellant does not contest the entry of an Order granting the relief the Estate seeks herein.

4.  The Appellant filed a similar uncontested motion with regard to its opening Brief, which this Court granted without a court appearance.

WHEREFORE, for the reasons stated above, the Estate of Resource Technology Corporation, by and through Jay A. Steinberg, not individually but solely in his capacity as Chapter 7 Trustee of the Estate, respectfully requests this Court to grant it leave to file instanter a brief in excess of fifteen pages and to enter any other and further relief this Court deems appropriate.

> THE CHAPTER 7 ESTATE OF RESOURCE TECHNOLOGY CORPORATION, BY AND THROUGH JAY A. STEINBERG, NOT INDIVIDUALLY BUT SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE
>
> By:   /s/ George P. Apostolides

Barry A. Chatz
George P. Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100
Fax: (312) 876-0288

James G. Richmond
Gregory E. Ostfeld
Greenberg Traurig LLP
77 W. Wacker Dr., Suite 2500
Chicago, IL 60601
Phone: (312) 456-8400
Fax: (312) 456-8435

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>RESOURCE TECHNOLOGY CORPORATION,<br><br>    Debtor.<br><br>―――――――――――――――――<br><br>UNGARETTI & HARRIS LLP,<br><br>    Appellant,<br><br>v.<br><br>JAY A. STEINBERG, NOT INDIVIDUALLY BUT SOLELY AS CHAPTER 7 TRUSTEE FOR THE ESTATE OF RESOURCE TECHNOLOGY CORPORATION,<br><br>    Appellee. | District Court No. 08 C 4235<br>Consolidated with 08 C 4228<br><br>Hon. Matthew F. Kennelly<br><br><br>Bankruptcy Case No. 99 B 35434<br><br><br><br>Appeal from the United States<br>Bankruptcy Court for the<br>Northern District of Illinois<br><br>Hon. Eugene R. Wedoff,<br>Bankruptcy Judge |

## AGREED ORDER

This matter coming to be heard on Appellee's Uncontested Motion to File instanter Brief in Excess of Fifteen Pages, due notice having been given, the parties being in agreement and the Court being advised in the premises,

IT IS HEREBY ORDERED THAT:

The Appellee's Uncontested Motion to File instanter Brief in Excess of Fifteen Pages is granted and the Estate of Resource Technology Corporation, by and through Jay A. Steinberg, not individually but solely in his capacity as Chapter 7 Trustee of the Estate is granted leave to file its Appellee Brief in excess of fifteen (15) pages.

ENTER:_____