IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RESOURCE TECHNOLOGY CORPORATION, | ) ) ) | District Court No. 08 C 4235 Consolidated with 08 C 4228 |
| Debtor. | ) ) | Hon. Matthew F. Kennelly |
| | ) | |
| UNGARETTI & HARRIS LLP, | ) ) | Bankruptcy Case No. 99 B 35434 |
| Appellant, | ) ) | |
| v. | ) ) | |
| | ) | Appeal from the United States |
| JAY A. STEINBERG, NOT INDIVIDUALLY BUT SOLELY AS CHAPTER 7 TRUSTEE FOR THE ESTATE OF RESOURCE TECHNOLOGY CORPORATION, | ) ) ) ) ) | Bankruptcy Court for the Northern District of Illinois Hon. Eugene R. Wedoff, Bankruptcy Judge |
| Appellee. | ) | |

## NOTICE OF MOTION

To:   See Service List

**PLEASE TAKE NOTICE** that on **Thursday, August 28, 2008, at 9:30 a.m.**, the undersigned shall present to the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Courtroom 2103, Chicago, Illinois, **APPELLEE'S UNCONTESTED MOTION TO FILE INSTANTER BRIEF IN EXCESS OF FIFTEEN PAGES,** a copy of which is attached hereto and herewith served upon you.

**Dated: August 25, 2008**    Respectfully submitted,
THE CHAPTER 7 ESTATE OF RESOURCE
TECHNOLOGY CORPORATION, BY AND
THROUGH JAY A. STEINBERG, NOT
INDIVIDUALLY BUT SOLELY IN HIS
CAPACITY AS CHAPTER 7 TRUSTEE

By:   /s/ George P. Apostolides
One of His Attorneys

Barry A. Chatz
George P. Apostolides
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

James G. Richmond
Gregory E. Ostfeld
Greenberg Traurig LLP
77 W. Wacker Dr., Suite 2500
Chicago, IL 60601
Phone: (312) 456-8400
Fax: (312) 456-8435

## CERTIFICATE OF SERVICE

I, George P. Apostolides, certify that on August 25, 2008, I caused a copy of the Appellee's Uncontested Motion to File Brief in Excess of Fifteen Pages to be served on all persons receiving notice via the Court's CM/ECF system and on the parties on the attached Service List via fax.

/s/ George P. Apostolides

## SERVICE LIST

Bruce Wald
Natalia K. Rzepka
Tishler & Wald, Ltd.
200 S. Wacker Drive
Suite 3000
Chicago, IL  60606
Fax: (312) 876-3816

James Richmond
Gregory Ostfeld
Greenberg Traurig LLP
77 W. Wacker Drive
Suite 2500
Chicago, IL  60601
Fax: (312) 456-8435