# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4235 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Ungaretti & Harris LLP vs. Steinberg (In re Resource Technology Corp.) | | |

**DOCKET ENTRY TEXT**

Appellee's uncontested motion to file a brief in excess of 15 pages is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|